

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

MSA/MEB
F. #2016R00695

*271 Cadman Plaza East
Brooklyn, New York 11201*

January 3, 2019

By Hand and ECF

The Honorable William F. Kuntz
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   United States v. Jean Boustani, et al.
             Criminal Docket No. 18-681 (WFK)

Dear Judge Kuntz:

      The government respectfully submits this letter to request that the Court order an initial status conference in this case on Tuesday, January 22, 2019 at noon. The defendant Jean Boustany was arrested on January 2, 2019, and was arraigned before Magistrate Judge Kuo that same day.[1] At the hearing, based upon a joint motion of the parties, the complexity of the case, discovery and plea negotiations, Speedy Trial time was excluded through and including January 23, 2019.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:      /s/
      Matthew S. Amatruda
      Mark E. Bini
      Assistant U.S. Attorneys
      (718) 254-8761 (Bini)

Enclosure

cc:   Clerk of Court (by ECF)
      Michael S. Schacter, Esq. (by ECF)
      Randall Jackson, Esq. (by ECF)

---

[1] Additional defendants have been arrested in the case pursuant to provisional arrest warrant requests from the United States, but are currently located outside the United States.