

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MSA/MEB
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 9, 2019

**By Email**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

    Re: United States v. Jean Boustani et al.
       Criminal Docket No. 18-681 (WFK)

Dear Counsel:

  Enclosed please find further discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government again requests reciprocal discovery from the defendant.

- ███████████
  DOJ0002277137 – DOJ0002310845.

          Very truly yours,

          RICHARD P. DONOGHUE
          United States Attorney
          Eastern District of New York

    By:     /s/
          Matthew S. Amatruda
          Mark E. Bini
          Assistant U.S. Attorneys
          (718) 254-7012/8761