

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB/HDM
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2019

**By Email**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

      Re:    United States v. Jean Boustani et al.
                  Criminal Docket No. 18-681 (WFK)

Dear Counsel:

      Enclosed please find further discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government again requests reciprocal discovery from the defendant.

- ████████████████
  DOJ0002310846 – DOJ0002314565.

- ████████████
  DOJ0002314566 – DOJ0002314606.

- ████████
  DOJ0002314607 – DOJ0002314771.

Defense Counsel
May 3, 2019
Page 2

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney
        Eastern District of New York

By:     /s/
        Mark E. Bini
        Hiral D. Mehta
        Assistant U.S. Attorneys
        (718) 254-8761/6418