UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                             :      No. 18-cr-681 (WFK)

UNITED STATES OF AMERICA,
                                             :      ECF Case

  - against -                             :      **NOTICE OF MOTION TO UNSEAL DEFENDANT**

JEAN BOUSTANI, et al.,              :      **DETELINA SUBEVA'S PLEA AGREEMENT AND SEALING**
          Defendants.                        **MOTION IN SUPPORT**
                                               :

                                             :      **ORAL ARGUMENT REQUESTED**
------------------------------------------------------------ X

       PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law dated June 17, 2019 and the exhibit thereto, the undersigned will move this Court on a date and time to be designated by the Court, before the Honorable William F. Kuntz, II, at the United States Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order unsealing Defendant Detelina Subeva's plea agreement, the Government's motion in support of sealing that plea agreement, and any other accompanying documents, which this Court placed under seal on May 20, 2019.

       PLEASE TAKE FURTHER NOTICE, that upon prior order of the Court, answering papers, if any, shall be served on or before July 15, 2019, and any reply papers shall be served on or before July 29, 2019.

Dated: New York, New York
June 17, 2019

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Michael S. Schachter
Michael S. Schachter
Randall W. Jackson
Casey E. Donnelly
Philip F. DiSanto
787 Seventh Avenue
New York, New York 10019-6099
Phone: (212) 728-8000
Email: mschachter@willkie.com

*Attorneys for Defendant Jean Boustani*