# EXHIBIT A

```
                                                                    1

                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - -X
 UNITED STATES OF AMERICA,    :  18-CR-681(WFK)
                              :
                              :
                              :
                              :
      -against-               :  United States Courthouse
                              :  Brooklyn, New York
                              :
                              :
                              :
                              :
                              :
 DETELINA SUBEVA,             :  Monday, May 20, 2019
                              :  4:00 p.m.
         Defendant.           :
                              :
                              :
                              :
- - - - - - - - - - - - - - -X

                       TRANSCRIPT OF
       CRIMINAL CAUSE FOR ARRAIGNMENT AND GUILTY PLEA
         BEFORE THE HONORABLE WILLIAM F. KUNTZ, II
                 UNITED STATES DISTRICT JUDGE

                    A P P E A R A N C E S:

 For the Government:    RICHARD P. DONOGHUE, ESQ.
                        United States Attorney
                        Eastern District of New York
                           271 Cadman Plaza East
                           Brooklyn, New York 11201
                        BY: MARK BINI, ESQ.
                            HIRAL MEHTA, ESQ.
                            DAVID FUHR, ESQ.
                            SEAN O'DONNELL, ESQ.
                            Assistant United States Attorneys

 For the Defendant:     ROPES & GRAY, LLP
                        Attorneys for the Defendant -
                        Detelina Subeva
                           1211 Avenue of the Americas
                           New York, New York 10036
                        BY: MICHAEL G. MCGOVERN, ESQ.
                            AMANDA RAAD, ESQ.
                            ZANETA WYKOWSKA, ESQ.
```

*Anthony D. Frisolone, FAPR, RDR, CRR, CRI, CSR*
*Official Court Reporter*

*2*

A L S O   P R E S E N T:

       UNITED STATES
       PRETRIAL SERVICES AGENCY
       Eastern District of New York
           225 Cadman Plaza East
           Room 219
           Brooklyn, New York 11201
       BY: LOURDES VAZQUEZ

       Fatima Haque,
       Federal Bureau of Investigation

       Angela Tassone,
       Federal Bureau of Investigation


Court Reporter:   Anthony D. Frisolone, FAPR, RDR, CRR, CRI
                 Official Court Reporter
                 Telephone: (718) 613-2487
                 Facsimile: (718) 613-2694
                 E-mail:  Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography.  Transcript produced by Computer-aided Transcription.

*Arraignment* 12

1 waive the reading of the indictment in whole or in part.
2 First, let me first ask the Government. Do you
3 waive the reading of the indictment?
4 MR. BINI: Yes, your Honor.
5 THE COURT: Defense counsel, do you waive the
6 reading of the indictment?
7 MR. MCGOVERN: Yes, we do, your Honor.
8 THE COURT: All right. The Court accepts those
9 representations and the indictment will not be read out loud.
10 It is in evidence.
11 Let me ask the defendant, are you prepared to plead
12 today?
13 THE DEFENDANT: Yes, your Honor.
14 THE COURT: Now, let's do this count by count.
15 With respect to Count One of the indictment, which
16 is in evidence, how do you plead, guilty or not guilty? Count
17 One.
18 THE DEFENDANT: Not guilty, your Honor.
19 THE COURT: With respect to Count Two of the
20 indictment, how do you plead, guilty or not guilty?
21 THE DEFENDANT: Not guilty, your Honor.
22 THE COURT: With respect to Count Three of the
23 indictment, how do you plead, guilty or not guilty?
24 THE DEFENDANT: Not guilty.
25 THE COURT: With respect to Count Four of the

1   indictment, how do you plead, guilty or not guilty?
2           THE DEFENDANT:  Guilty, your Honor.
3           THE COURT:  I understand the parties have reached a
4   written agreement in this case.
5           Do the parties have a signed copy of that agreement
6   to provide to the Court.
7           MR. BINI:  Yes, your Honor, and I've handed it up to
8   Mr. Jackson.
9           THE COURT:  Thank you.
10          I have a copy of the signed agreement in this case,
11  the original of it which has been marked as Court Exhibit 2
12  for identification.
13          The agreement has been signed by the defendant who
14  states that she has read the entire agreement and discussed it
15  with her attorneys; that she understands all of its terms, and
16  that she is entering into the agreement knowingly and
17  voluntarily.
18          The form of the agreement has been approved by her
19  counsel, Mr. McGovern.  The agreement has also been signed by
20  Mr. Mark Bini, Assistant United States Attorney, and his
21  colleagues, Mr. Hiral Mehta.  It's been approved as to form by
22  the supervising Assistant United States Attorney Alixandra
23  Smith.  It's also been approved by Margaret Moser, M-o-s-e-r,
24  and Sean W. O'Donnell as trial attorneys.  And it's also been
25  approved by David M. Fuhr, F-u-h-r, Trial Attorney/Acting

*Arraignment* 14

1   Chief of the Special Fraud Unit.  It's dated May 20th of 2019.
2               Is there a motion again for this agreement to be
3   admitted into evidence?
4               MR. BINI:  The Government so moves, your Honor.
5               THE COURT:  Any objection?
6               MR. MCGOVERN:  No, your Honor.
7               THE COURT:  Your motion to have the agreement
8   admitted under seal?
9               MR. BINI:  Yes, your Honor.  We would ask that it be
10  under seal for the reasons set out in our sealed submission.
11              THE COURT:  Any objection?
12              MR. MCGOVERN:  No, your Honor.
13              THE COURT:  All right.  The agreement is admitted
14  under seal.
15              (Court's Exhibit 2 was marked in evidence as of this
16  date.)
17              THE COURT:  Now, I say to the defendant that unless
18  your counsel or government counsel wish to be heard at this
19  time, or has an objection at this time, the Court believes you
20  may now turn to the final procedures for taking a plea in your
21  case, ma'am.
22              Your attorney advises this court that you wish to
23  plead guilty to Count Four in the indictment as stated earlier
24  today that you do wish to plead guilty to Count Four in the
25  indictment pursuant to the agreement.

1  defense counsel and the Government.  Thank you.
2          (WHEREUPON, this matter was adjourned.)

4                        *   *   *

6                   CERTIFICATE OF REPORTER

7  I certify that the foregoing is a correct transcript of the
8  record of proceedings in the above-entitled matter.

12  *[signature: Anthony D. Frisolone]*

13  _____
    Anthony D. Frisolone, FAPR, RDR, CRR, CRI
14  Official Court Reporter