# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

July 18, 2019

**BY HAND AND ECF**

The Honorable William F. Kuntz
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Jean Boustani, et al. (Case No. 18-cr-681 (WFK))*

Dear Judge Kuntz:

    We represent Defendant Jean Boustani in the above-captioned matter. In light of the Government's motion to withdraw its opposition to Mr. Boustani's Motion for the Issuance of a Rule 17(C) Subpoena to Ice Canyon LLC, which the Court granted, we write to respectfully request that the Court issue an Order granting Mr. Boustani's motion. For the Court's convenience, a proposed Order is attached as Exhibit A.

Respectfully submitted,

/s/Michael S. Schacter
Michael S. Schachter
Randall W. Jackson

cc: (by ECF)

AUSA Mark E. Bini
AUSA Hiral Mehta