MEB
F. #2016R00695

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 31 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

UNITED STATES OF AMERICA

- against -

JEAN BOUSTANI, et al.,

Defendants.

-------------------------------X

O R D E R

CR 18-681 (WFK)

WHEREAS, trial of this matter is scheduled for October 7, 2019, and the government and the defendant Jean Boustani (the "defendant") have agreed to a proposed schedule for pre-trial briefing, exchange of discovery and submission of proposed jury instructions,

It is hereby ORDERED that:

The Government shall file its motion pursuant to Rule 404(b) of the Federal Rules of Evidence ("FRE") by August 9, 2019, the defendant shall file his opposition by August 23, 2019, and the government shall reply by August 30, 2019;

The government shall produce its trial exhibits to the defendant by August 27, 2019;

The government shall produce material pursuant to 18 U.S.C. § 3500 and FRE Rule 26.2 to the defendant by September 6, 2019;

The defendant shall produce reciprocal 18 U.S.C. § 3500 material pursuant to FRE Rule 26.2 and non-impeachment exhibits to the government by September 6, 2019;[1]

The government and the defendant shall file any motions in limine by September 13, 2019, with their opposition to be filed by September 20, 2019; and

The government shall file its proposed jury instructions by September 9, 2019, the defendant shall file his proposed jury instructions and any objections to the government's proposed instructions by September 23, 2019, and the government shall submit any objections to the defendant's proposed instructions by September 30, 2019.

Dated: Brooklyn, New York
July 30, 2019

s/WFK

HONORABLE WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF NEW YORK

---

[1] The government and the defendant will make best efforts to produce all exhibits and witness statement material by the deadlines set out above, but reserve the right to produce additional exhibits and witness statement material during trial preparation following the deadlines.