UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------X
UNITED STATES,                                       :
                                                     :  **ORDER**
            v.                                       :  18-CR-681
                                                     :
JEAN BOUSTANI,                                       :
                                                     :
            Defendant.                               :
------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 12 2019 ★
BROOKLYN OFFICE

**WILLIAM F. KUNTZ, II, United States District Judge:**

Defendant Jean Boustani ("Defendant") has filed four motions: (1) a motion to unseal defendant Detelina Subeva's plea agreement and the Government's sealing motion in support, ECF No. 83; (2) a motion for a bill of particulars, ECF No. 85; (3) a motion to suppress evidence, ECF No. 89; and (4) a motion to dismiss the indictment, ECF No. 99. Each motion was fully briefed on August 5, 2019. The Court hereby schedules oral argument on Defendant's motions for Wednesday, August 21, 2019 at 2:30 P.M. in Courtroom 6H North before the Honorable William F. Kuntz, II.

**SO ORDERED.**

s/William F. Kuntz, II
_____
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: August 12, 2019
       Brooklyn, New York