UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEAN BOUSTANI, <u>et al.</u>,<br><br>Defendants. | No. 18-cr-681 (S-1) (WFK)<br><br>**NOTICE OF DEFENDANT JEAN BOUSTANI'S MOTION *IN LIMINE* TO PRECLUDE THE GOVERNMENT FROM REFERRING TO THE MOZAMBICAN COMPANIES AS "SHELL COMPANIES" AND THE INFRASTRUCTURE PROJECTS AS "FRONTS" DURING TRIAL** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated September 13, 2019, Defendant Jean Boustani, by his attorneys, moves before the Honorable William F. Kuntz of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order granting Defendant's Motion *in Limine* to preclude the government from referring to the Mozambican Companies as "shell companies" and the Infrastructure Projects as "fronts" during trial.

Dated: September 13, 2019
         New York, New York

                              By:   /s/ Michael S. Schachter
                                    Michael S. Schachter
                                    Randall W. Jackson
                                    Casey E. Donnelly
                                    Philip F. DiSanto
                                    787 Seventh Avenue
                                    New York, New York 10019-6099
                                    Phone:  (212) 728-8000
                                    Email:  mschachter@willkie.com

                                    *Attorneys for Defendant Jean Boustani*