UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 18-cr-681 (S-1) (WFK) |
| v. | **NOTICE OF DEFENDANT JEAN BOUSTANI'S MOTION *IN LIMINE* TO PRECLUDE THE TESTIMONY OF KARL N. SNOW, PH.D** |
| JEAN BOUSTANI, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated September 13, 2019, Defendant Jean Boustani, by his attorneys, moves before the Honorable William F. Kuntz of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order granting Defendant's Motion *in Limine* to Preclude the Testimony of Karl N. Snow, Ph.D.

Dated: September 13, 2019
       New York, New York

                                    By:    /s/ Michael S. Schachter
                                           Michael S. Schachter
                                           Randall W. Jackson
                                           Casey E. Donnelly
                                           Philip F. DiSanto
                                           787 Seventh Avenue
                                           New York, New York 10019-6099
                                           Phone: (212) 728-8000
                                           Email: mschachter@willkie.com

                                           *Attorneys for Defendant Jean Boustani*