# EXHIBIT A

# Karl N. Snow, PhD

*United States of America v. Jean Boustani et al.*

Case: 1:18-cr-00681-WFK



**GOVERNMENT EXHIBIT**
**GX-1611**
18 CR 681 (WFK)

# Overall structure of three deals



# Key financial and contract terms

# Definitions

- **Security**: A security is, among other things, any note, stock, bond, debenture, evidence of indebtedness, investment contract or participation in any profit-sharing agreement

- **Principal**: The original sum of money investor has put into an investment

- **Fixed-income security:** A security that provides investors return in the form of **fixed** periodic payments and eventual return of principal at maturity

- **Bond**: Bond is a fixed-income security that provides the holder with borrower's payment of interest (**coupon**) at fixed intervals (**coupon frequency**) until maturity and the principal (**face value**) at maturity

# Loan



- Loan contract: An agreement where a **borrower** borrows a certain amount of money (**principal**) from a **lender** for a certain amount of time (**maturity**) and pays back the principal and any applicable interest according to a payment plan (**repayment date/interest date**)

# Loan with a guarantor



- **Default**: The event that the borrower is unable to make principal or interest payment (unable to pay back the loan)

- **Guarantee**: In case the borrower is unable to meet its obligations, the **guarantor** will pay the lender

# Syndicated loan



- **Syndicated loan**: A loan arranged by one or more banks on behalf of a group of lenders, referred to as a syndicate, who work together to provide funds for a single borrower

- **Arranger**: Facilitates administrative tasks like dispersing cash flows to lenders in exchange for fees

# Syndicated loan with a guarantor



# Definitions

- **Term facility**: A line of credit (maximum borrowing limit) between borrower and lender with details such as:

  — Principal, interest, maturity, repayment schedule, etc.

  — Facility agent performs various administrative duties

- **Utilisation request**: A signed request from the borrower to draw up to the maximum borrowing limit as per the loan agreement

- **Government guarantee**: A guarantee signed by a government (guarantor) to pay obligations when borrowers are unable to pay

# Overall structure of three deals



# Special purpose vehicle (SPV)

- **SPV**: A company created for a specific business purpose. The SPV is often an off-balance-sheet entity i.e., it is excluded from the parent company's balance sheet.

# Ownership of the companies

| Deal | Borrower | Ownership of the borrower[1] |
|---|---|---|
| **Proindicus** | PROINDICUS S.A., a company incorporated under the laws of Mozambique | "The Ministry of National Defence and the State Security and Intelligence Service of Mozambique are owners (in equal proportions) of 100% of the ownership interests in the Borrower." |
| **EMATUM** | EMATUM - EMPRESA MOZAMBICANA DE ATUM, S.A,, a company incorporated under the laws of Mozambique | "[] The Ministry of Finance and The Ministry of Fisheries [] and The Social Service of the State Intelligence and Security Service [] are the ultimate owners of 100% of the ownership interests in the Borrower." |
| **MAM** | MAM - MOZAMBIQUE ASSET MANAGEMENT, S.A., a company incorporated under the laws of Mozambique | "The State Security and Intelligence Service of Mozambique holds directly or indirectly 98% of the ownership interests in the Borrower, EMATUM S.A. holds directly or indirectly 1% of the ownership interests in the Borrower and ProIndicus S.A. holds directly or indirectly 1% of the ownership interests in the Borrower." |

1. Clause 17.20, 17.20, 19.21 (Ownership of the Borrower) in term facility agreements for Proindicus, EMATUM, and MAM deals respectively (CS_DOJ_00000754, CS_DOJ_00050174, DOJ_VTB-000022499)

# Use of proceeds

| Deal | Project[1] | Purpose[2] | Use of proceeds[3] |
|---|---|---|---|
| **Proindicus** | "(a) the construction by the Contractor of the **Exclusive Economic Zone Monitoring and Protection System**" | "the **financing of the activities described in paragraph (a) of the definition of Project** [] (including any fees, costs and expenses, stamp, registration or other Taxes incurred by any Obligor in connection with the Finance Documents)" | "**The Borrower will apply the proceeds of each Loan in accordance with Clause 3.1 (*Purpose*) and shall not use the proceeds of a Loan, or lend, contribute or otherwise make available such proceeds to any person, for the purpose of financing or facilitating any activity that would violate Anti-Corruption Laws, or in any way which constitute a Corrupt Act.**" |
| **EMATUM** | "the purchase of **fishing infrastructure**, comprising of 27 vessels, an operations centre and related training." | "the **financing of the Project** and the general corporate purposes of the Borrower (including any fees, costs and expenses, stamp, registration or other Taxes incurred by any Obligor in connection with the Finance Documents)." | |
| **MAM** | The supply of "(a) a **fully constructed and operational shipyard** capable of building and servicing vessels of the type acquired by the Government of Mozambique; and (b) **up to 18 DV15 vessels** as inventory to support the development of the shipyard" | "(a) **Advance payment for services to be provided by the Contractor in relation to the Project** under the Procurement Contract; and (b) related costs and expenses." | |

1. Clause 1.1 (*Definitions*) in term facility agreements for each deal (CS_DOJ_00000754, CS_DOJ_00050174, DOJ_VTB-000022499); 2. Clause 3.1 (*Purpose*) in term facility agreements for each deal (CS_DOJ_00000754, CS_DOJ_00050174 , DOJ_VTB-000022499); 3. Clause 19.7, 19.7, 21.7 (*Use of proceeds*) in term facility agreements for Proindicus, EMATUM, and MAM deals respectively (CS_DOJ_00000754, CS_DOJ_00050174, DOJ_VTB-000022499)

# Anti-corruption provisions in all three agreements

| Corrupt Act[1] | Compliance with laws[2] |
|---|---|
| **""Corrupt Act"** means, in connection with the Project, **any act or omission which would in the ordinary course of business be understood to be corrupt, wrongful, dishonest or criminal in nature**, including:<br>(a) the offering of any payment, reward or other advantage to any person, including employees of the Borrower or any other person, in order to improperly influence the person concerned in the exercise of his or her duties;<br>(b) the offering or giving of any advantage to influence the action of a person holding public office or exercising public functions or a director, employee or representative of a public authority or public enterprise or a director or official of a public international organization in connection with the Project;<br>(c) any act which improperly influences or is intended improperly to influence the procurement process or the implementation of the Project, including collusion between tenderers;<br>(d) any act(s) of a similar nature to those described in paragraphs (a) to (c) above which has been found or is likely to be found by a court in any competent jurisdiction to constitute an offence under any applicable law; or<br>(e) any other violation of any **anti-bribery or anti-corruption Laws** or regulations including, without limitation, **the U.S. Foreign Corrupt Practices Act, the UK Bribery Act, the Mozambican Anti-Corruption legislation and any implementing legislation enacted pursuant to the OECD Convention Combating Bribery of Foreign Public Officials in International Business Transactions**, in each case as amended from time to time and regardless of whether or not they are technically applicable to, or binding on the Borrower or any other relevant person (the "**Anti-Corruption Laws**")." | "The **Borrower shall comply in all respects:**<br>(a) **with all Anti-Corruption Laws** and **will not engage in any other conduct that would constitute a Corrupt Act** (including but not limited to making or accepting, or directing any other person to make or accept, any offer, payment, promise to pay, or authorizing the payment or acceptance of any money or any gift or anything of value, directly or indirectly, to or for the use or benefit of any official or employee of any government or any political party or candidate for political office if any part of such conduct would violate or create liability for it or any person under any applicable law relating to bribery, kickbacks or similar corrupt practices); and<br>(b) with all other laws to which it may be subject, if failure so to comply would materially impair its ability to perform its obligations under the Finance Documents to which it is a party." |

1. Clause 1.1 (*Definitions*) in term facility agreements for each deal (CS_DOJ_00000754, CS_DOJ_00050174, DOJ_VTB-000022499); 2. Clause 19.2, 19.2, 21.2 (*Compliance with laws*) in term facility agreements for Proindicus, EMATUM, and MAM deals respectively (CS_DOJ_00000754, CS_DOJ_00050174, DOJ_VTB-000022499) ;

# Utilisation request reiterates use of loan for specific purpose

| Utilisation request[1] |
|:---:|
| "The proceeds of this Loan, after the deduction mentioned in paragraph 4 below should be applied in payment of the Contractor Portion to the account of the Contractor in accordance with paragraph 5 below.<br><br>**We shall apply the proceeds of this Loan in accordance with  Clause 3.1 (*Purpose*) and Clause 19.2 (*Compliance with laws*).**" |

1. Utilisation Request (DOJ0000285538).  All other utilisation requests have the same language.

# 1. Proindicus

# Proindicus deal



1. Proindicus Project: The construction by the Contractor of the Exclusive Economic Zone Monitoring and Protection System

# Breakdown of Proindicus borrowed amounts

| Date of utilisation | Amount borrowed (in USD millions) | Lender |
|---|---|---|
| 21-Mar-13[1] | 372 | Credit Suisse |
| 25-Jun-13[2] | 100 | Credit Suisse |
| 12-Aug-13[3] | 32 | Credit Suisse |
| 15-Nov-13[4] | 118 | VTB Capital |
| Total | 622 | |

1. Utilisation Request  (CS-DOJ-SEC – 00203870); 2. Utilisation Request (DOJ_VTB-000071311); 3. Utilisation Request (CS-DOJ-SEC – 00234415); 4. Utilisation Request (CS-DOJ-SEC – 00198068);

# Proindicus money flow through a US bank account ($504M)

Lender Credit Suisse
(arranged by Credit Suisse)

**Borrowed amount: $504M**

**Arrangement fee: $8.2M[1]**
**Contractor Fee: $48.8M[2]**
----------------------------------
**Total: $57M**

Credit Suisse AG, London Branch (Facility Agent)
**Facility Agent Bank: Bank of New York Mellon**
**Bank Address: 1 Wall Street, New York, NY 10015, US[3]**

**Contractor amount: $447M[4]**

Privinvest
First Gulf Bank

1. Combining information from fee letters (DOJ0000285538 and DOJ0000286072); 2. Combining information from contractor fee letters (DOJ0000285548, DOJ0000398437 and DOJ000005459); 3. Term Facility Agreement (CS_DOJ_00000001), Amended Term Facility Agreement (CS_DOJ_00000315) and Second Amended Term Facility Agreement (CS_DOJ_00000754); 4. Combining information from swift messages (DOJ0000320947, DOJ0000387315, DOJ0000387323)

# Proindicus money flow through US bank accounts ($118M)



Borrowed amount: $118M

Arrangement fee: $1.9M
Contractor Fee: $15.6M
----------------------------------
Total: $17.5M[2]

Contractor amount: $100.5M[4]

Lender VTB
(arranged by Credit Suisse)

Bank
**Deutsche Bank Trust Company Americas**
**Bank Address: 60 Wall Street, New York, NY 10005, US**[1]

Credit Suisse AG, London Branch (Facility Agent)
**Facility Agent Bank: Bank of New York Mellon**
**Bank Address: 1 Wall Street, New York, NY 10015, US**[3]

Privinvest
First Gulf Bank

1. Swift message (DOJ0000508769); 2. Contractor fee letter (DOJ0000086816 ); 3.Term Facility Agreement (CS_DOJ_00000001), Amended Term Facility Agreement (CS_DOJ_00000315) and Second Amended Term Facility Agreement (CS_DOJ_00000754); 4. Swift message (DOJ0000508769)

# Timeline - Proindicus



1. See End note 1

# Proindicus loan terms

|  | First[1] | Amended[2] | Second Amended[3] |
|---|---|---|---|
| Loan agreement | Feb-13 | Jun-13 | Dec-14 |
| Maximum borrowing limit | $372M | $622M | $900M |
| Principal | $372M | $622M | $622M |
| Maturity | 6 years | 6 years | 8 years |
| Interest period | annual | annual | annual |

- Loan repayment installment amount change delayed full repayment by another two years in the second amended loan agreement

1. Term Facility Agreement (CS_DOJ_00000001), Amended Term Facility Agreement (CS_DOJ_00000315) and Second Amended Term Facility Agreement (CS_DOJ_00000754);

# 2. EMATUM

# Definitions

- **Loan participation note**: LPN is a **fixed-income security** that provides the holder with a pro-rata interest in the borrower's payment of interest and principal of an underlying loan

  - **Issuer:** The borrower who issues the notes

  - **Lead manager:** The bank who facilitates the issuance and sale of the notes

  - **Pro-rata**: When many holders fund the loan by buying LPNs, each get interest and principal in the proportion they contributed to the loan

  - **Amortization**: The borrower pays off the principal over time, not just at maturity

## LPNs



# EMATUM deal ($500M LPN)



1. EMATUM Project: Purchase of fishing infrastructure, comprising of 27 vessels, an operations centre and related training

# EMATUM deal ($350M LPN)



1. EMATUM Project: Purchase of fishing infrastructure, comprising of 27 vessels, an operations centre and related training

# EMATUM money flow through a US bank account ($500M loan)

```
                    ┌─────────────────────────────────┐
                    │         Credit Suisse           │
                    │          (Lender)               │
                    │           $500M                 │
                    └─────────────────────────────────┘
                                   │
                                   ▼
         Borrowed amount: $500M
```

Arrangement Fee:    $8M
Contractor Fee:    $45M
Contractor Rebate:  $3.3M
-----------------------------------
            Total: $49.7M[2]

```
                    ┌─────────────────────────────────────────────────┐
                    │  Credit Suisse AG, London Branch (Facility Agent) │
                    │  Facility Agent Bank: Bank of New York Mellon     │
                    │  Bank Address: 1 Wall Street, New York, NY 10015, US[1] │
                    └─────────────────────────────────────────────────┘
                                   │
                                   ▼
         Contractor amount: $450.3M[3]

                    ┌─────────────────────────────┐
                    │         Privinvest[4]       │
                    │        First Gulf Bank      │
                    └─────────────────────────────┘
```

1. Term Facility Agreement (CS_DOJ_00050174); 2. Total fee is obtained from utilisation request (DOJ0000125900) and fee summary (DOJ0000058353); 3. Contractor amount is obtained from swift message (DOJ0000414080) and including contractor rebate from DOJ0000058353; 4. Specifically subsidiary Abu Dhabi Mar LLC

28

# EMATUM money flow through US bank accounts ($350M LPN)

**Various investors**
**($350M LPN managed by VTB)**

**Borrowed amount:   $350M**
**Fee to VTB: $37.1M[1]**



Citibank NA, London Branch (Principal Paying Agent)
**Bank: CITIBANK N.A.**
**Bank Address: 111 Wall Street, New York, NY 10043, US[2]**



Credit Suisse AG, London Branch (Facility Agent)
**Facility Agent Bank: Bank of New York Mellon**
**Bank Address: 1 Wall Street, New York, NY 10015, US[3]**

**Contractor amount: $312.9M[4]**



Privinvest[5]
First Gulf Bank

1. Subscription agreement (CS_DOJ_00002177); 2. DOJ0000430499; 3. Term Facility Agreement (CS_DOJ_00050174); 4. DOJ0000003470; 5. Specifically subsidiary Abu Dhabi Mar LLC

# Initial purchases of EMATUM LPNs by select US investors[1]

| Investor | Location | Initial holding date | Amount |
|----------|----------|----------------------|--------|
| Ice Canyon[2] | Los Angeles, CA | 5-Sep-13 | $11.0M |
| Stone Harbor[3] | New York, NY | 24-Sep-13 | $32.0M |
| Alliance Bernstein[4] | New York, NY | 27-Sep-13 | $32.6M |
| Lazard[5] | New York, NY | 27-Sep-13 | $17.0M |
| Goldman Sachs[6] | New York, NY | 30-Sep-13 | $20.7M |
| Prudential[7] | Newark, NJ | 3-Oct-13 | $8.0M |
| Thrivent[8] | Minneapolis, MN | 16-Oct-13 | $0.2M |
| Greylock[9] | New York, NY | 17-Oct-13 | $2.0M |
| NWI[10] | New York, NY | 17-Oct-13 | $2.0M |
| First Trust[11] | Wheaton, IL | 23-Oct-13 | $3.3M |
| Fidelity[12] | Boston, MA | 25-Nov-13 | $5.5M |
| Morgan Stanley[13] | New York, NY | 4-Mar-14 | $6.6M |
| VanEck[14] | New York, NY | 5-May-15 | $1.0M |
| **Total** | | | **$141.9M** |

1. When trading data is unavailable, the amount reflects holdings as of that date, for example, Goldman Sachs, First Trust; 6. DOJ000396661; 7. DOJ0002073904; 10. DOJ0002314771; 11. DOJ0002073905; 12. DOJ0002785998

# EMATUM deal structure after exchange on April 6, 2016



- **Bond**: Bond is a fixed-income security that provides the holder with borrower's payment of interest (**coupon**) at fixed intervals (**coupon frequency**) until maturity and the principal (**face value**) at maturity

- **Eurobond**: A "Eurobond" is an international bond sold in a currency other than the currency of the borrower. In this case the Eurobond was issued in US dollars

1. Exchange announcement (CS_DOJ_00002561); 2. Exchange announcement (CS_DOJ_00002561)

# EMATUM LPN and Eurobond terms

|  | Before exchange (LPN)[1] | After exchange (Eurobond)[2] |
|---|---|---|
| **Issuance** | Sep-13 | Apr-16 |
| **Maximum borrowing limit** | $850M | $726.5M |
| **Principal** | $850M | $726.5M |
| **Maturity** | 7 years (Sep-20) | ~ 7 years (Jan-23)[3] |
| **Interest period** | 6 months | 6 months |

- Loan repayment installment pushed off by more than two years with new issuance of Eurobonds

- LPNs were supposed to pay principal over time while Eurobonds would pay principal only at maturity

1. Term Facility Agreement (CS_DOJ_00050174); 2. Eurobond Prospectus (CS_D0J_00002663); 3. The maturity is approximately 7 years from the issuance date of the Eurobonds on April 2016

# Timeline[1] – EMATUM



# Timeline[1] – Proindicus and EMATUM



# 3. MAM

# MAM deal



Lender VTB
(arranged by VTB and Palomar)

$535M + interest
(5 years)

$500M
for the Project[1]

Ministry of
Finance of
Mozambique
(Guarantor)

MAM
(Borrower)

Privinvest
(Contractor)

1. MAM Project: The supply of a fully constructed and operational shipyard capable of building and servicing vessels of the type acquired by the Government of Mozambique and up to 18 DV15 vessels as inventory to support the development of the shipyard

# Breakdown of MAM borrowed amounts

| Date of utilisation | Amount borrowed (in USD millions) |
|---|---|
| 23-May-14[1] | 435 |
| 11-Jun-14[2] | 100 |
| Total | 535 |

1. Increase notice (DOJ_VTB-000001845); 2. Increase notice (DOJ_VTB-000001538)

# MAM money flow through US bank account

Lender VTB
(arranged by VTB and Palomar)

**Borrowed amount: $535M**



**Fee: $35M[1]**

VTB Capital PLC, London Branch (Facility Agent)
**Facility Agent Bank: Deutsche Bank Trust Company Americas
Bank Address: 60 Wall Street, New York, NY 10005, US[2]**



Bank through which money passes during transfer
**Bank of New York Mellon
Bank Address: 1 Wall Street, New York, NY 10015, US[3]**

**Contractor amount: $500M[4]**



Privinvest
First Gulf Bank

1. Calculated based on increase notices (DOJ_VTB-000001538 and DOJ_VTB-000001845) and swift messages (DOJ_VTB_000078399 and DOJ_VTB_000078403); 2. Term Facility Agreement, DOJ_VTB-000022499; 3. Swift messages (DOJ_VTB_000078399 and DOJ_VTB_000078403); 4. Calculated based on increase notices (DOJ_VTB-000001538 and DOJ_VTB-000001845) and swift messages (DOJ_VTB_000078399 and DOJ_VTB_000078403)

# MAM loan terms[1]

| | |
|---|---|
| **Date of utilisation** | May-14 |
| **Maximum borrowing limit** | $540M |
| **Principal** | $535M |
| **Maturity** | 5 years |
| **Interest period** | annual |

1. Term Facility Agreement (DOJ_VTB-000022499)

# Timeline[1] – MAM



1. See End note 1

# Timeline[1] – Proindicus, EMATUM, and MAM



1. See End note 1

# Summary of all deals

| Agents | Proindicus[1] | EMATUM (LPN) | EMATUM (Eurobond) | MAM |
|---|---|---|---|---|
| Arranger | Credit Suisse | Credit Suisse | - | VTB Capital and Palomar |
| Facility agent bank | Bank of New York Mellon, NY | Bank of New York Mellon, NY | - | Deutsche Bank, NY |
| Lender | Credit Suisse and VTB Capital | Credit Suisse | - | VTB Capital |
| Lead Manager | | Credit Suisse + BNP Paribas ($500 LPN); VTB Capital ($350 LPN) | Credit Suisse + VTB Capital ($727 Eurobonds) | |
| Start date | Mar-13 | Sep-13 | Apr-16 | May-14 |
| Maximum borrowing limit | 900M | 850M | 726.5M | 540M |
| Principal | 622M | 850M | 726.5M | 535M |
| Maturity | 8 years (Mar-21) | 7 years (Sep-20) | ~ 7 years (Jan-23)[2] | 5 years (May-19) |
| Interest period | annual | 6 months | 6 months | annual |

- Total amount borrowed: $2.0 billion

- Total amount paid to Privinvest: $1.8 billion

1. Second Amended Term Facility Agreement (CS_DOJ_00000754); 2. The maturity is approximately 7 years from the issuance date of the Eurobonds on April 2016

# Missed loan payments

| Deal | Loan start date | Payment due date | Type of payment | Missed payment amount[1] | Estimated cumulative missed principal payments up to Oct 2019[2] |
|------|-----------------|------------------|-----------------|--------------------------|------------------------------------------------------------------|
| Proindicus | Mar-13 | Mar-17 | Second installment of principal + interest[3] | $149.4M | $358.3M |
| EMATUM Eurobond | Sep-13[4] | Jan-17 | First installment of interest[5] | $59.8M | $250.5M |
| MAM | May-14 | May-16 | First installment of principal + interest[6] | $175.5M | $535.0M |
| MAM | May-14 | May-17 | Second installment of principal + interest[7] | $185.8M | $535.0M |

1. Includes principal, interest and overdue interest on past unpaid amount as reflected in reservation of rights letters; 2. The cumulative sum is principal only until Oct 2019 for Proindicus and MAM and interest only until Oct 2019 for EMATUM Eurobonds; 3. Reservation of rights letter (DOJ_VTB-000237038); 4. EMATUM LPNs were issued in Sep-13. EMATUM LPNs of $697M were exchanged to Eurobonds in Apr-16 which implies first and second loan installments of the LPNs were paid out; 5. 03_2017-01-16_Mozambique Communique on Bond Interest Payment.pdf; 6. Reservation of rights letter (DOJ_VTB-000076914); 7. Reservation of rights letter (DOJ_VTB-000237010)



# Timeline[1] – Proindicus, EMATUM, and MAM

**Agreement**

- Proindicus: $372M — Feb -13
- Proindicus: upsize $250M; total $622M — Jun -13
- EMATUM: $850M — Aug - 13
- MAM: $540M — May -14
- Proindicus: upsize $900M; Payment pushed off by 2 years — Dec -14
- EMATUM: $697M LPN exchange announced — Mar - 16
- EMATUM: $726.5M Eurobond issued; Payment pushed off by 2 years — Apr - 16

2013 — 2014 — 2016 — 2017

**Money transfer**

- Mar -13 — CS to Privinvest $327.9M
- Jun -13 — CS to Privinvest $90.2M
- Aug -13 — CS to Privinvest $28.9M
- Sep -13 — CS to Privinvest $446.9M; CS+BNPP $500M LPNs
- Oct -13 — VTB $350M LPNs; $312.9 to Privinvest
- Nov -13 — VTB to Privinvest $100.5M
- May -14 — VTB to Privinvest $406.5M
- June - 14 — VTB to Privinvest $93.5M
- May -16 — MAM default
- Jan - 17 — EMATUM default
- Mar -17 — Proindicus default

**Defaults**

**Total amount raised: $2.0 Billion**
**Total amount to Privinvest[2]: $1.8 Billion**

1.See End note 1; 2. Including contractor rebate of $3.3M reimbursed by CS to Privinvest

44

# List of select US investors

| Investor | Location | Investment |
|---|---|---|
| Alliance Bernstein | New York, NY | EMATUM |
| Fidelity | Boston, MA | EMATUM |
| First Trust | Wheaton, IL | EMATUM |
| Goldman Sachs | New York, NY | EMATUM |
| Greylock | Menlo Park, CA | EMATUM |
| Ice Canyon | Los Angeles, CA | Proindicus, EMATUM |
| Lazard | New York, NY | EMATUM |
| Morgan Stanley | New York, NY | EMATUM |
| NWI | New York, NY | EMATUM |
| Prudential | Newark, NJ | EMATUM |
| Stone Harbor | New York, NY | EMATUM |
| Thrivent | Minneapolis, MN | EMATUM |
| VanEck | New York, NY | EMATUM |

# Karl N. Snow, PhD

*United States of America v. Jean Boustani et al.*

Case: 1:18-cr-00681-WFK

# End note 1

- Proindicus
    - Term Facility Agreement (CS_DOJ_00000001)
    - Amended Term Facility Agreement (CS_DOJ_00000315)
    - Second Amended Term Facility Agreement (CS_DOJ_00000754)
    - Swift messages (DOJ0000320947, DOJ0000387323, DOJ0000387315, and DOJ0000508769)
    - Contractor fee letter (DOJ0000086816)
    - Reservation of rights letters (DOJ_VTB-000181174 and DOJ_VTB-000237038)
- EMATUM
    - Term Facility Agreement (CS_DOJ_00050174)
    - Subscription agreement for $500M LPN (CS_DOJ_00001557)
    - Swift message (DOJ0000414080)
    - Contractor rebate (DOJ0000058353)
    - Subscription agreement for $350M LPN (CS_DOJ_00002177)
    - Swift message (DOJ0000003470)
    - Exchange announcement (CS_DOJ_00002561)
    - Eurobond Prospectus (CS_D0J_00002663)
    - Ministry of Finance communique (03_2017-01-16_Mozambique Communique on Bond Interest Payment.pdf)
- MAM
    - Term Facility Agreement (DOJ_VTB-000022499)
    - Increase notices (DOJ_VTB-000001845 and DOJ_VTB-000001538)
    - Swift messages (DOJ_VTB_000078399 and DOJ_VTB_000078403)
    - Reservation of rights letters (DOJ_VTB-000076914 and DOJ_VTB-000237010)