UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------

UNITED STATES OF AMERICA

v.

JEAN BOUSTANI, et al.,

Defendants.

No. 18-cr-681 (S-1) (WFK)

ECF Case

**NOTICE OF DEFENDANT'S MOTION *IN LIMINE* TO PRECLUDE CERTAIN EVIDENCE RELATING TO TEOFILO NHANGUMELE**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, dated September 13, 2019, Defendant Jean Boustani, by his attorneys, moves before the Honorable William F. Kuntz of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order granting Defendant's Motion *In Limine* to Preclude Certain Evidence Relating to Teofilo Nhangumele.

Dated:  September 13, 2019
        New York, New York

By:     /s/ Michael S. Schachter
        Michael S. Schachter
        Randall W. Jackson
        Casey E. Donnelly
        Philip F. DiSanto
        787 Seventh Avenue
        New York, New York 10019-6099
        Phone:  (212) 728-8000
        Email:  mschachter@willkie.com

        *Attorneys for Defendant Jean Boustani*