

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB/HDM
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 11, 2019

**By Email**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

   Re: United States v. Jean Boustani et al.
      Criminal Docket No. 18-681 (WFK)

Dear Counsel:

  Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure consisting of Bates DOJ0002786561-DOJ0002787899 and DOJ-SW-APP-000395-DOJ-SW-APP-000411 as described below. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery from the defendants.

- ▮▮▮▮▮
  DOJ0002786561-DOJ0002786574; DOJ0002787898-DOJ0002787899

- ▮▮▮▮▮
  DOJ0002786575

- ▮▮▮▮▮
  DOJ0002786576-DOJ0002787654

- ▮▮▮▮▮
  DOJ00027876955-DOJ0002787672

- ▮▮▮▮▮
  DOJ0002787673-DOJ27827693

Defense Counsel
September 11, 2019
Page 2

- ██████████████
  DOJ0002787694-DOJ000278789

- ██████████████
  DOJ-SW-APP-000395-DOJ-SW-APP-000411

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney
        Eastern District of New York

By:     /s/
        Mark E. Bini
        Hiral D. Mehta
        Assistant U.S. Attorneys
        (718) 254-8761/6418