

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB/HDM
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2019

**By Email and FedEx**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

    Re: United States v. Jean Boustani et al.
       Criminal Docket No. 18-681 (WFK)

Dear Counsel:

    The government hereby provides information pursuant to 18 U.S.C. § 3500 ("additional 3500 material").  Enclosed please find additional 3500 material and a list of the additional 3500 material.  The government received the additional 3500 material after its original production of 3500 material on September 6, 2019, with the exception of one set of notes located at 3500-JBH-1.  Notes and reports from the additional 3500 material were sent by email and the full additional 3500 material has been sent separately by FedEx.  The government reserves the right to amend, supplement or alter the enclosed list, and to withdraw or supplement material provided pursuant to 18 U.S.C. § 3500 prior to trial.

              Very truly yours,

              RICHARD P. DONOGHUE
              United States Attorney
              Eastern District of New York

         By:    /s/
              Mark E. Bini
              Hiral D. Mehta
              Assistant U.S. Attorneys
              (718) 254-8761/6418