UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES,                                  :
                                                :    **ORDER**
            v.                                  :    18-CR-681
                                                :
JEAN BOUSTANI,                                  :
                                                :
            Defendant.                          :
-------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the holidays, the Court hereby adjourns the trial in this action to commence at 9:30 A.M. on Tuesday, October 15, 2019 in Courtroom 6H North before the Honorable William F. Kuntz, II. Time is being excluded in the interests of justice from October 7, 2019 to October 15, 2019. *See* 18 U.S.C. § 3161(h)(7)(A).

                                            **SO ORDERED.**

                                            s/WFK
                                            _____
                                            HON. WILLIAM F. KUNTZ, II
                                            UNITED STATES DISTRICT JUDGE

Dated:  September 24, 2019
        Brooklyn, New York