

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB/HDM
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 25, 2019

**By Email**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

        Re:    United States v. Jean Boustani et al.
                   Criminal Docket No. 18-681 (WFK)

Dear Counsel:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure consisting of material with Bates DOJ0002931198 through DOJ0002931973 as described below. This disclosure supplements the government's earlier disclosures. The government again requests reciprocal discovery from the defendants.

- DOJ0002931198-DOJ00029931215:
  ▓▓▓▓▓▓ materials received September 23, 2019.

- DOJ0002931216:
  ▓▓▓▓▓▓ materials received September 23, 2019.

- DOJ0002931217-DOJ0002931573:
  ▓▓▓▓ materials

- DOJ0002931574-DOJ0002931972:
  ▓▓▓▓▓ materials

Defense Counsel
September 25, 2019
Page 2

- DOJ0002931973: ███████████████████████ materials, consisting of approximately 3,933 documents received September 25, 2019. These documents have been produced today without processing in the interest of time and will be reproduced with individual bates numbers when processed.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney
        Eastern District of New York

By:        /s/
        Mark E. Bini
        Hiral D. Mehta
        Assistant U.S. Attorneys
        (718) 254-8761/6418