# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,                             :       No. 18-cr-681 (S-1) (WFK)
:
   - against –                                                     :       ECF Case
:
JEAN BOUSTANI, et al.,                                       :       **ORDER**
                Defendants.
:
:
------------------------------------------------------------ X

      Upon the application of the defendant, Jean Boustani (# 91363-053), by and through his attorneys, the Court hereby orders the Metropolitan Detention Center ("MDC") in Brooklyn, New York, to accept clothing for the defendant to use during the pendency of his above-captioned trial. The Court now orders the MDC to accept up to five sets of clothing, including, but not limited to, undershirts, socks, shoes, dress shirts, suit pants, suit jackets, ties, and sweaters, and to permit such clothing to be made available to the defendant prior to each court date in this case. In addition, the Court shall permit the defendant to change into business attire at the Court prior to each appearance during the pendency of his trial. Counsel for the defendant shall deliver a copy of this order to the appropriate personnel at the MDC.

                                              **SO ORDERED.**

                                              _____
                                              THE HONORABLE WILLIAM F. KUNTZ, II
                                              UNITED STATES DISTRICT JUDGE
                                              EASTERN DISTRICT OF NEW YORK

Dated:   October __, 2019
              Brooklyn, New York