

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AES:MEB/HDM  
F. #2016R00695

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

October 2, 2019

<u>By E-mail and ECF</u>

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey E. Donnelly, Esq.
Philip F. DiSanto, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

      Re:    <u>United States v. Jean Boustani et al.</u>
              <u>Criminal Docket No. 18-681 (S-1) (WFK)</u>

Dear Counsel:

      I write to memorialize our agreement of the week of September 23, 2019 and yesterday. Based upon the particular circumstances of this case, and in an effort to streamline case presentation and objections, beginning on Monday, October 7, 2019,[1] and continuing every Monday thereafter during the government's case-in-chief, the government agrees to provide to counsel for the defendant Jean Boustani a list of anticipated witnesses and exhibits to be introduced in evidence through those witnesses during the following trial week. That list will be provided by email and by 9:00 a.m. on Monday. By Tuesday at 9:00 a.m. each week, the defendant agrees to notify the government by email of any anticipated non-impeachment exhibits that the defendant may seek to admit with the witnesses on the government's list for the following week. By Thursday morning at 9:00 a.m. each week, the defendant and the government will exchange objections regarding anticipated exhibits by email.[2] If the parties cannot reach a resolution on those objections by Thursday evening, the

---

[1] This schedule is based on the current trial date of October 15, 2019. If the trial is postponed, the parties' obligations will likewise be postponed.

[2] The parties will use best efforts to exchange objections. Good faith failure to identify objections will not waive either parties' ability to object at trial. However, if either the government or the defendant believe that the other party is not following this agreement in good faith, either party can terminate this agreement.

parties may write to the Court by 9:00 a.m. on Friday morning to raise unresolved issues for the Court's consideration. The defendant will have identical reciprocal obligations during his case, if any. Both parties reserve their rights to change, reduce or add to their anticipated witnesses or exhibits.[3]

                                                                    Very truly yours,

                                                                    RICHARD P. DONOGHUE
                                                                    United States Attorney

                                 By:    /s/_____
                                                                    Mark E. Bini
                                                                    Hiral D. Mehta
                                                                    Assistant U.S. Attorneys
                                                                    (718) 254-8761

cc:    Clerk of the Court (WFK) (by ECF)
       Daniel Mr. Gitner, Esq. (by e-mail and ECF)

---

[3] As the government's agreement is based upon the particular circumstances of this case and is with this defendant only, such agreement is not binding on the government in future prosecutions in this action or any other.