UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 18-cr-681 (S-1) (WFK) |
| v. | ECF Case |
| JEAN BOUSTANI, et al., | NOTICE OF DEFENDANT'S UNOPPOSED MOTION FOR LIMITED UNSEALING OF PLEA DOCUMENTS |
| Defendants. | |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated October 2, 2019, Defendant Jean Boustani, by his attorneys, moves before the Honorable William F. Kuntz, II of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an Order granting Defendant's Unopposed Motion for Limited Unsealing of Plea Documents.

Dated:  October 2, 2019
        New York, New York

                                By:   /s/ Michael S. Schachter
                                      Michael S. Schachter
                                      Randall W. Jackson
                                      Casey E. Donnelly
                                      Philip F. DiSanto
                                      787 Seventh Avenue
                                      New York, New York 10019-6099
                                      Phone:  (212) 728-8000
                                      Email:  mschachter@willkie.com

                                      *Attorneys for Defendant Jean Boustani*