

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

MEB/HDM
F. #2016R00695

*271 Cadman Plaza East
Brooklyn, New York 11201*

September 27, 2019

**By Email**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

    Re: United States v. Jean Boustani et al.
       Criminal Docket No. 18-681 (WFK)

Dear Counsel:

   Enclosed please find the government's production of supplemental 18 U.S.C. § 3500 material ("supplemental 3500 material"), and a list of the supplemental 3500 material, which the government has received since its last production of supplemental 3500 material on September 24, 2019, with the exception of documents located at 3500-HS. The government also encloses two documents produced on September 24, 2019 with duplicative numbers and reproduced today with corrected numbers. The supplemental 3500 material was sent by email. The government reserves the right to amend, supplement or alter the enclosed list, and to withdraw or supplement material produced pursuant to 18 U.S.C. § 3500 prior to trial.

              Very truly yours,

              RICHARD P. DONOGHUE
              United States Attorney
              Eastern District of New York

       By:    /s/
            Mark E. Bini
            Hiral D. Mehta
            Assistant U.S. Attorneys
            (718) 254-8761/6418