FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 03 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,
:          No. 18-cr-681 (S-1) (WFK)
- against -
:          ECF Case
JEAN BOUSTANI, et al.,
:
                Defendants.
:
:
------------------------------------------------------------- X

## ORDER

WHEREAS, this Court's July 30, 2019 Order, Dkt. 120, required that the Government produce material pursuant to 18 U.S.C. § 3500 and FRE Rule 26.2 to the defendant by September 6, 2019;

WHEREAS, the Government requested permission for limited unsealing of certain documents filed under seal in connection with Detelina Subeva's and Andrew Pearse's guilty pleas for the purpose of producing those documents to Mr. Boustani as part of its pretrial disclosures on September 6, 2019, Dkt. 155 & 156;

WHEREAS, Mr. Boustani has filed an unopposed motion requesting limited unsealing of certain documents filed under seal in connection with Mr. Subeva's and Mr. Pearse's guilty pleas for the purpose of permitting the Government to produce those documents to Mr. Boustani as part of its pretrial disclosure obligations;

IT IS HEREBY ORDERED that the documents filed under seal in connection with Ms. Subeva's and Mr. Pearse's guilty pleas, which are also the subject of separate motions for limited unsealing at Dkt. 155 and 156, are hereby unsealed for the limited purpose of permitting the

Government to produce those documents to Mr. Boustani in compliance with its pretrial disclosure obligations and this Court's July 30, 2019 Order.

        **SO ORDERED.**

          s/WFK
      THE HONORABLE WILLIAM F. KUNTZ, II
      UNITED STATES DISTRICT JUDGE
      EASTERN DISTRICT OF NEW YORK

Dated: October 2, 2019
     Brooklyn, New York