UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                     :
                                                                    :   **ORDER**
            v.                                                     :   18-CR-681-1
                                                                    :
JEAN BOUSTANI,                                      :
                                                                    :
                        Defendant.                     :
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

Trial in this action is scheduled to commence Tuesday, October 15, 2019 at 9:30 A.M. The Court hereby schedules a status conference for Friday, October 11, 2019 at 10:30 A.M. in Courtroom 6H North. The status conference will address any trial-related issues, including but not limited to witness sequence, anticipated exhibits, timing and scheduling, and technology.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2019
       Brooklyn, New York