**WILLKIE FARR & GALLAGHER** LLP

RANDALL W. JACKSON
212 728 8216
rjackson@willkie.com

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

October 9, 2019

**BY FEDEX AND ECF**

The Honorable William F. Kuntz, II
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Jean Boustani, et al. (Case No. 18-cr-681 (S-1) (WFK))*

Dear Judge Kuntz:

We represent Defendant Jean Boustani in the above-captioned matter. We are writing to respectfully request the Court's permission to allow the defense to install and use during trial the following technology equipment in Courtroom 6H N and an available breakout room to be assigned by the Court.

| Equipment: | Quantity: | Description: |
| --- | --- | --- |
| **Widescreen monitors** | 1 | Display device being used by counsel's presentation consultant. |
| **Laptops** | 2 | 2 laptops to present evidence for defense. |
| **VGA/HDMI/Switch** | n/a | Cabling to complete setup. |
| **Printer** | 1 | Printer for breakout room. |

The defense further requests permission to have this equipment installed in Courtroom 6H N and an available breakout room on Friday, October 11, at 12:30 p.m., following our scheduled pretrial conference. In addition, we respectfully request permission to deliver hard copies of exhibits and other physical supplies to Courtroom 6H N during the same period of time. The installation and delivery of materials should take no more than 30 minutes.

- 2 -

The defense also requests the Court's approval to allow the following non-attorney members of the trial team permission to enter the courthouse with a laptop and/or cell phone for use at the trial of this matter.

| Individual: | Devices Permitted: |
| --- | --- |
| Raymond McLeod (DOAR Trial Consultant) | 2 laptops, 1 cell phone |
| Leslie O'Neill (DOAR Trial Consultant) | 1 laptop, 1 cell phone |
| Monica Jones (Willkie Paralegal) | 1 laptop, 1 cell phone |
| Ariana Stuart (Willkie Paralegal) | 1 laptop, 1 cell phone |

We appreciate the Court's consideration of this application. For the Court's convenience, a proposed Order is attached as <u>Exhibit A</u>. Thank you.

Respectfully submitted,

*/s/ Randall W. Jackson*

Randall W. Jackson
Michael S. Schachter

cc: (by ECF)

AUSA Mark E. Bini
AUSA Hiral Mehta