```
                                                           FILED
                                                     IN CLERK'S OFFICE
                                                 US DISTRICT COURT E.D.N.Y.

                                                 ★    OCT 10 2019    ★
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    BROOKLYN OFFICE
------------------------------------------------------------X

UNITED STATES OF AMERICA,

v.                                              **ORDER**
                                                18-CR-681-1 (WFK)
JEAN BOUSTANI,

                  Defendant.
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

Any non-party who has a matter related to subpoenas, including any inquiries or proposed motions, is respectfully directed to address those matters to Magistrate Judge Steven Tiscione.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: October 10, 2019
       Brooklyn, New York