**Exhibit A**



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEB/HDM
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 7, 2019

<u>By E-mail</u>

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey E. Donnelly, Esq.
Philip F. DiSanto, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Re:     United States v. Jean Boustani <u>et al.</u>
           Criminal Docket No. 18-681 (S-1) (WFK)

Dear Counsel:

        In accordance with the parties' agreement (ECF 223), the government writes to notify the defendant that during the first week of trial, the government intends to call the witness who we have identified to you by phone as our first witness.  If that witness finishes, the government intends to call Special Agent Jonathan Polonitza.  In addition, the government intends to move in a number of business records.  Listed in Attachment A are the exhibits that the government will seek to admit through those first two witnesses.  In addition, listed in Attachment B are exhibits that the government will seek to admit as self-authenticating business records during the first week of trial.[1]

---

    [1] To the extent it has not already done so, the government will seek to provide all related business records certificates by the end of the day on Tuesday, October 8, 2019.

The government reserves the right to supplement or modify the below list of exhibits after today's letter, including during the course of trial.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:     /s/                                          
Mark E. Bini
Hiral D. Mehta
Assistant U.S. Attorneys
(718) 254-8761

2

# ATTACHMENT A

| GX # |
| --- |
| GX-1812 |
| GX-1815 |
| GX-1818 |
| GX-1819 |
| GX-1820 |
| GX-1821 |
| GX-1822 |
| GX-1823 |
| GX-1832 |
| GX-1841 |
| GX-2007 |
| GX-2012 |
| GX-2013 |
| GX-2014 |
| GX-2015 |
| GX-2016 |
| GX-2018 |
| GX-2018-A |
| GX-2018-B |
| GX-2018-C |
| GX-2020 |
| GX-2020-A |
| GX-2021 |
| GX-2025 |
| GX-2027 |
| GX-2033 |
| GX-2035 |
| GX-2036 |
| GX-2037 |
| GX-2037-A |
| GX-2038 |
| GX-2044 |
| GX-2044-A |
| GX-2044-B |
| GX-2045 |
| GX-2046 |
| GX-2048 |
| GX-2052 |
| GX-2052-A |
| GX-2052-B |
| GX-2055 |
| GX-2055-A |
| GX-2055-B |
| GX-2058 |
| GX-2061 |
| GX-2063 |

| |
|---|
| GX-2067 |
| GX-2070 |
| GX-2070-A |
| GX-2073 |
| GX-2073-A |
| GX-2074 |
| GX-2078 |
| GX-2078-A |
| GX-2078-B |
| GX-2081 |
| GX-2082 |
| GX-2085 |
| GX-2086 |
| GX-2096 |
| GX-2097 |
| GX-2109 |
| GX-2110 |
| GX-2114 |
| GX-2121 |
| GX-2124 |
| GX-2140 |
| GX-2140-A |
| GX-2140-B |
| GX-2142 |
| GX-2143 |
| GX-2144 |
| GX-2182 |
| GX-2183 |
| GX-2186 |
| GX-2187 |
| GX-2188 |
| GX-2191 |
| GX-2192 |
| GX-2194 |
| GX-2195 |
| GX-2206 |
| GX-2207 |
| GX-2211 |
| GX-2237 |
| GX-2241 |
| GX-2241-A |
| GX-2241-B |
| GX-2256 |
| GX-2256-A |
| GX-2259 |
| GX-2259-A |
| GX-2259-B |

| |
|---|
| GX-2259-C |
| GX-2259-D |
| GX-2259-E |
| GX-2259-F |
| GX-2259-G |
| GX-2262 |
| GX-2263 |
| GX-2289 |
| GX-2292 |
| GX-2293 |
| GX-2293-A |
| GX-2306 |
| GX-2306-A |
| GX-2309 |
| GX-2309-A |
| GX-2309-B |
| GX-2309-C |
| GX-2309-D |
| GX-2309-E |
| GX-2309-F |
| GX-2311 |
| GX-2311-A |
| GX-2311-B |
| GX-2313 |
| GX-2313-A |
| GX-2317 |
| GX-2319 |
| GX-2320 |
| GX-2320-A |
| GX-2320-B |
| GX-2321 |
| GX-2322 |
| GX-2325 |
| GX-2325-A |
| GX-2325-B |
| GX-2326 |
| GX-2327 |
| GX-2328 |
| GX-2328-A |
| GX-2328-B |
| GX-2329 |
| GX-2330 |
| GX-2337 |
| GX-2338 |
| GX-2339 |
| GX-2339-A |
| GX-2340 |

| |
|---|
| GX-2347 |
| GX-2351 |
| GX-2351-A |
| GX-2352 |
| GX-2355 |
| GX-2358 |
| GX-2360 |
| GX-2361 |
| GX-2362 |
| GX-2365 |
| GX-2366 |
| GX-2371 |
| GX-2373 |
| GX-2374 |
| GX-2375 |
| GX-2377 |
| GX-2379 |
| GX-2383 |
| GX-2383-A |
| GX-2384 |
| GX-2384-A |
| GX-2384-B |
| GX-2391 |
| GX-2392 |
| GX-2392-A |
| GX-2393 |
| GX-2393-A |
| GX-2393-B |
| GX-2393-C |
| GX-2394 |
| GX-2394-A |
| GX-2395 |
| GX-2396 |
| GX-2397 |
| GX-2398 |
| GX-2400 |
| GX-2406 |
| GX-2407 |
| GX-2427 |
| GX-2428 |
| GX-2445 |
| GX-2445-A |
| GX-2447 |
| GX-2448 |
| GX-2449 |
| GX-2449-A |
| GX-2452 |

| |
|---|
| GX-2455 |
| GX-2455-A |
| GX-2456 |
| GX-2457 |
| GX-2458 |
| GX-2460 |
| GX-2460-A |
| GX-2460-B |
| GX-2462 |
| GX-2463 |
| GX-2463-A |
| GX-2466 |
| GX-2466-A |
| GX-2470 |
| GX-2470-A |
| GX-2470-B |
| GX-2473 |
| GX-2474 |
| GX-2474-A |
| GX-2474-B |
| GX-2475 |
| GX-2491 |
| GX-2493 |
| GX-2496 |
| GX-2496-A |
| GX-2498 |
| GX-2506 |
| GX-2507 |
| GX-2509 |
| GX-2511 |
| GX-2512 |
| GX-2514 |
| GX-2515 |
| GX-2515-A |
| GX-2517 |
| GX-2518 |
| GX-2519 |
| GX-2520 |
| GX-2521 |
| GX-2523 |
| GX-2524 |
| GX-2524-A |
| GX-2524-B |
| GX-2524-C |
| GX-2525 |
| GX-2525-A |
| GX-2525-B |

| |
|---|
| GX-2525-C |
| GX-2527 |
| GX-2528 |
| GX-2529 |
| GX-2529-A |
| GX-2529-B |
| GX-2529-C |
| GX-2534 |
| GX-2534-A |
| GX-2534-B |
| GX-2534-C |
| GX-2536 |
| GX-2538 |
| GX-2540 |
| GX-2542 |
| GX-2546 |
| GX-2549 |
| GX-2549-A |
| GX-2549-B |
| GX-2550 |
| GX-2552 |
| GX-2552-A |
| GX-2552-B |
| GX-2555 |
| GX-2556 |
| GX-2557 |
| GX-2561 |
| GX-2561-A |
| GX-2564 |
| GX-2567 |
| GX-2568 |
| GX-2568-A |
| GX-2568-B |
| GX-2570 |
| GX-2573 |
| GX-2576 |
| GX-2583 |
| GX-2583-A |
| GX-2583-B |
| GX-2584 |
| GX-2586 |
| GX-2588 |
| GX-2589 |
| GX-2593 |
| GX-2594 |
| GX-2596 |
| GX-2607 |

| |
|---|
| GX-2607-A |
| GX-2611 |
| GX-2611-A |
| GX-2612 |
| GX-2612-A |
| GX-2613 |
| GX-2613-A |
| GX-2613-B |
| GX-2614 |
| GX-2614-A |
| GX-2614-B |
| GX-2614-C |
| GX-2614-D |
| GX-2614-E |
| GX-2615 |
| GX-2616 |
| GX-2627 |
| GX-2627-A |
| GX-2729 |
| GX-2729-A |
| GX-2729-B |
| GX-2729-C |
| GX-2729-D |
| GX-2729-E |
| GX-2729-G |
| GX-2736 |
| GX-2737 |
| GX-2740 |
| GX-2740-A |
| GX-2743 |
| GX-2744 |
| GX-2745 |
| GX-2746 |
| GX-2746-A |
| GX-2746-B |
| GX-2746-C |
| GX-2747 |
| GX-2747-A |
| GX-2749 |
| GX-2750 |
| GX-2750-A |
| GX-2751 |
| GX-2752 |
| GX-2752-A |
| GX-2752-B |
| GX-2752-C |
| GX-2753 |

| |
|---|
| GX-2755 |
| GX-2755-A |
| GX-2756 |
| GX-2757 |
| GX-2758 |
| GX-2759 |
| GX-2760 |
| GX-2761 |
| GX-2762 |
| GX-2762-A |
| GX-2763 |
| GX-2765 |
| GX-2766 |
| GX-2769 |
| GX-2769-A |
| GX-2771 |
| GX-2772 |
| GX-2772-A |
| GX-2772-B |
| GX-2774 |
| GX-2774-A |
| GX-2774-B |
| GX-2775 |
| GX-2776 |
| GX-2779 |
| GX-2779-A |
| GX-2780 |
| GX-2781 |
| GX-2781-A |
| GX-2783 |
| GX-2783-A |
| GX-2783-B |
| GX-2785 |
| GX-2796 |
| GX-2797 |
| GX-2805 |
| GX-2807 |
| GX-2807-A |
| GX-2807-B |
| GX-2808 |
| GX-2808-A |
| GX-2809 |
| GX-2809-A |
| GX-2809-B |
| GX-2811 |
| GX-2811-A |
| GX-2812 |

| |
|---|
| GX-2812-A |
| GX-2815 |
| GX-2815-A |
| GX-2815-B |
| GX-2815-C |
| GX-2816 |
| GX-2817 |
| GX-2818 |
| GX-2818-A |
| GX-2818-B |
| GX-2819 |
| GX-2819-A |
| GX-2821 |
| GX-2828 |
| GX-2828-A |
| GX-2829 |
| GX-2830 |
| GX-2832 |
| GX-2834 |
| GX-2835 |
| GX-2835-A |
| GX-2835-B |
| GX-2836 |
| GX-2843 |
| GX-2847 |
| GX-2847-A |
| GX-2858 |
| GX-2861 |
| GX-2861-A |
| GX-2861-B |
| GX-2863 |
| GX-2863-A |
| GX-2863-B |
| GX-2866 |
| GX-2867 |
| GX-2867-A |
| GX-2867-B |
| GX-2867-C |
| GX-2867-D |
| GX-2871 |
| GX-2872 |
| GX-2876 |
| GX-2879 |
| GX-2881 |
| GX-2890 |
| GX-2892 |
| GX-2900 |

| |
|---|
| GX-2903 |
| GX-2911 |
| GX-2913 |
| GX-2913-A |
| GX-2914 |
| GX-2914-A |
| GX-2915 |
| GX-2915-A |
| GX-2915-B |
| GX-2921 |
| GX-2922 |
| GX-2923 |
| GX-2929-B |
| GX-2943 |
| GX-2943-A |
| GX-2943-B |
| GX-2945 |
| GX-2946 |
| GX-2947 |
| GX-2947-A |
| GX-2948 |
| GX-2950 |
| GX-2979 |
| GX-2979-A |
| GX-2979-C |
| GX-2980 |
| GX-3000 |
| GX-3000-A |
| GX-3022 |
| GX-3023 |
| GX-3024 |
| GX-3026 |
| GX-3027 |
| GX-3028 |
| GX-3030 |
| GX-3031 |
| GX-3032 |
| GX-3033 |
| GX-3034 |
| GX-3036 |
| GX-3037 |
| GX-3041 |
| GX-3043 |
| GX-3044 |
| GX-3045 |
| GX-3047 |
| GX-3048-A |

| |
|---|
| GX-3048-B |
| GX-3048-C |
| GX-3048-D |
| GX-3051 |
| GX-3052 |
| GX-3052-A |
| GX-3052-B |
| GX-3055 |
| GX-3056 |
| GX-3057 |
| GX-3058 |
| GX-3059 |
| GX-3061 |
| GX-3061-A |
| GX-3063 |
| GX-3067 |
| GX-3069 |
| GX-3070 |
| GX-3070-A |
| GX-3070-B |
| GX-3070-C |
| GX-3071 |
| GX-3072 |
| GX-3074 |
| GX-3074-A |
| GX-3075 |
| GX-3081 |
| GX-3083 |
| GX-3093 |
| GX-3097 |
| GX-3103 |
| GX-3105 |
| GX-3105-A |
| GX-3105-B |
| GX-3106 |
| GX-3111 |
| GX-3112 |
| GX-3113 |
| GX-3114 |
| GX-3115 |
| GX-3116 |
| GX-3117 |
| GX-3118 |
| GX-3119 |
| GX-3120 |
| GX-3121 |
| GX-3122 |

| |
|---|
| GX-3123 |
| GX-3124 |
| GX-3125 |
| GX-3126 |
| GX-3126-A |
| GX-3127 |
| GX-3128 |
| GX-3129 |
| GX-3129-A |
| GX-3130 |
| GX-3131 |
| GX-3131-A |
| GX-3131-B |
| GX-3132 |
| GX-3133 |
| GX-3133-A |
| GX-3134 |
| GX-3135 |
| GX-3136 |
| GX-3136-A |
| GX-3137 |
| GX-3138 |
| GX-3139 |
| GX-3140 |
| GX-3141 |
| GX-3141-A |
| GX-3142 |
| GX-3143 |
| GX-3144 |
| GX-3145 |
| GX-3145-A |
| GX-3146 |
| GX-3146-A |
| GX-3147 |
| GX-3148 |
| GX-3148-A |
| GX-3148-B |
| GX-3148-C |
| GX-3149 |
| GX-3150 |
| GX-3151 |
| GX-3151-A |
| GX-3152 |
| GX-3153 |
| GX-3154 |
| GX-3155 |
| GX-3156 |

| |
|---|
| GX-3157 |
| GX-3158 |
| GX-3159 |
| GX-3159-A |
| GX-3160 |
| GX-3161 |
| GX-3162 |
| GX-3163 |
| GX-3164 |
| GX-3165 |
| GX-3166 |
| GX-3167 |
| GX-3168 |
| GX-3169 |
| GX-3170 |
| GX-3171 |
| GX-3172 |
| GX-3173 |
| GX-3174 |
| GX-3175 |
| GX-3176 |
| GX-3177 |
| GX-5002 |
| GX-5003 |
| GX-5004 |
| GX-5006 |
| GX-5006-A |
| GX-5007 |
| GX-5007-A |
| GX-5007-B |
| GX-5009 |
| GX-5013 |
| GX-5016 |
| GX-5047 |
| GX-5051 |
| GX-5052 |
| GX-5053 |
| GX-5058 |
| GX-5058-A |
| GX-5060 |
| GX-5062 |
| GX-5062-A |
| GX-5083 |
| GX-5084 |
| GX-5087 |
| GX-5087-A |
| GX-5089 |

| |
|---|
| GX-5089-A |
| GX-5089-B |
| GX-5089-C |
| GX-5089-D |
| GX-5089-E |
| GX-5089-F |
| GX-5089-G |
| GX-5090 |
| GX-5090-A |
| GX-5090-B |
| GX-5090-C |
| GX-5090-D |
| GX-5092 |
| GX-5093 |
| GX-5096 |
| GX-5096-A |
| GX-5096-B |
| GX-5096-C |
| GX-5098 |
| GX-5098-A |
| GX-5098-B |
| GX-5098-C |
| GX-5098-D |
| GX-5100 |
| GX-5101 |
| GX-5106 |
| GX-5107 |
| GX-5108 |
| GX-5109 |
| GX-5109-A |
| GX-5109-B |
| GX-5110 |
| GX-5111 |
| GX-5112 |
| GX-5113 |
| GX-5113-A |
| GX-5119 |
| GX-5124 |
| GX-5125 |
| GX-5125-A |
| GX-5125-B |
| GX-5127 |
| GX-5129 |
| GX-5148 |
| GX-5149 |
| GX-5150 |
| GX-5151 |

| |
|---|
| GX-5152 |
| GX-5153 |
| GX-5154 |
| GX-5155 |
| GX-5156 |
| GX-5157 |
| GX-5158 |
| GX-5159 |
| GX-5160 |
| GX-5161 |
| GX-5162 |
| GX-5163 |
| GX-5164 |
| GX-5165 |
| GX-5166 |
| GX-5167 |
| GX-5168 |
| GX-6040 |
| GX-6040-A |

# ATTACHMENT B

Business Records

| Government Exhibit | Original Government Exhibit (if applicable) |
|---|---|
| GX-1 | |
| GX-10 | |
| GX-100 | |
| GX-101 | |
| GX-102 | |
| GX-103 | |
| GX-104 | |
| GX-105 | |
| GX-106 | |
| GX-107 | |
| GX-108 | |
| GX-109 | |
| GX-11 | |
| GX-110 | |
| GX-1101 | |
| GX-1103 | |
| GX-1104 | |
| GX-1105 | |
| GX-1106 | |
| GX-1107 | |
| GX-1108 | |
| GX-111 | |
| GX-1113 | |
| GX-1114 | |
| GX-1115 | |
| GX-1116 | |
| GX-112 | |
| GX-1121 | |
| GX-1123 | |
| GX-1125 | |
| GX-113 | |
| GX-1131 | |
| GX-1132 | |
| GX-114 | |
| GX-115 | |
| GX-116 | |
| GX-117 | |
| GX-12 | |
| GX-1201 | |
| GX-1201-A-1 | |
| GX-1201-A-10 | |
| GX-1201-A-11 | |

Business Records

| | |
|---|---|
| GX-1201-A-12 | |
| GX-1201-A-13 | |
| GX-1201-A-14 | |
| GX-1201-A-2 | |
| GX-1201-A-3 | |
| GX-1201-A-4 | |
| GX-1201-A-5 | |
| GX-1201-A-6 | |
| GX-1201-A-7 | |
| GX-1201-A-8 | |
| GX-1201-A-9 | |
| GX-1201-B-1 | |
| GX-1201-B-2 | |
| GX-1201-B-3 | |
| GX-1201-B-4 | |
| GX-1201-B-5 | |
| GX-1201-C-1 | |
| GX-1201-C-10 | |
| GX-1201-C-11 | |
| GX-1201-C-12 | |
| GX-1201-C-13 | |
| GX-1201-C-14 | |
| GX-1201-C-2 | |
| GX-1201-C-3 | |
| GX-1201-C-4 | |
| GX-1201-C-5 | |
| GX-1201-C-6 | |
| GX-1201-C-7 | |
| GX-1201-C-8 | |
| GX-1201-C-9 | |
| GX-1201-D-1 | |
| GX-1201-D-2 | |
| GX-1201-D-3 | |
| GX-1201-E-1 | |
| GX-1201-E-10 | |
| GX-1201-E-11 | |
| GX-1201-E-12 | |
| GX-1201-E-13 | |
| GX-1201-E-14 | |
| GX-1201-E-15 | |
| GX-1201-E-16 | |
| GX-1201-E-17 | |
| GX-1201-E-18 | |
| GX-1201-E-19 | |
| GX-1201-E-2 | |

Business Records

| | |
|---|---|
| GX-1201-E-20 | |
| GX-1201-E-21 | |
| GX-1201-E-22 | |
| GX-1201-E-3 | |
| GX-1201-E-4 | |
| GX-1201-E-5 | |
| GX-1201-E-6 | |
| GX-1201-E-7 | |
| GX-1201-E-8 | |
| GX-1201-E-9 | |
| GX-1201-F-1 | |
| GX-1201-F-10 | |
| GX-1201-F-2 | |
| GX-1201-F-3 | |
| GX-1201-F-4 | |
| GX-1201-F-5 | |
| GX-1201-F-6 | |
| GX-1201-F-7 | |
| GX-1201-F-8 | |
| GX-1201-F-9 | |
| GX-1201-G-1 | |
| GX-1201-G-2 | |
| GX-1201-I-1 | |
| GX-1201-I-10 | |
| GX-1201-I-11 | |
| GX-1201-I-12 | |
| GX-1201-I-13 | |
| GX-1201-I-14 | |
| GX-1201-I-15 | |
| GX-1201-I-16 | |
| GX-1201-I-17 | |
| GX-1201-I-18 | |
| GX-1201-I-2 | |
| GX-1201-I-3 | |
| GX-1201-I-4 | |
| GX-1201-I-5 | |
| GX-1201-I-6 | |
| GX-1201-I-7 | |
| GX-1201-I-8 | |
| GX-1201-I-9 | |
| GX-1201-J-1 | |
| GX-1201-J-10 | |
| GX-1201-J-11 | |
| GX-1201-J-12 | |
| GX-1201-J-13 | |

Business Records

| | |
|---|---|
| GX-1201-J-14 | |
| GX-1201-J-15 | |
| GX-1201-J-16 | |
| GX-1201-J-17 | |
| GX-1201-J-18 | |
| GX-1201-J-19 | |
| GX-1201-J-2 | |
| GX-1201-J-20 | |
| GX-1201-J-21 | |
| GX-1201-J-22 | |
| GX-1201-J-23 | |
| GX-1201-J-24 | |
| GX-1201-J-25 | |
| GX-1201-J-26 | |
| GX-1201-J-27 | |
| GX-1201-J-28 | |
| GX-1201-J-3 | |
| GX-1201-J-4 | |
| GX-1201-J-5 | |
| GX-1201-J-6 | |
| GX-1201-J-7 | |
| GX-1201-J-8 | |
| GX-1201-J-9 | |
| GX-1202 | |
| GX-1203 | |
| GX-13 | |
| GX-1301 | |
| GX-1301-A | |
| GX-1302 | |
| GX-1303 | |
| GX-1304 | |
| GX-1305 | |
| GX-1306 | |
| GX-1307 | |
| GX-1308 | |
| GX-1309 | |
| GX-1310 | |
| GX-1311 | |
| GX-1312 | |
| GX-1313 | |
| GX-1314 | |
| GX-1315 | |
| GX-1316 | |
| GX-1317 | |
| GX-1318 | |

Business Records

| | |
|---|---|
| GX-1319 | |
| GX-1320 | |
| GX-1321 | |
| GX-1322 | |
| GX-1323 | |
| GX-1324 | |
| GX-1325 | |
| GX-1326 | |
| GX-1327 | |
| GX-1328 | |
| GX-1329 | |
| GX-1330 | |
| GX-1331 | |
| GX-1332 | |
| GX-1333 | |
| GX-1334 | |
| GX-1335 | |
| GX-1336 | |
| GX-1337 | |
| GX-1338 | |
| GX-1339 | |
| GX-1340 | |
| GX-1341 | |
| GX-1342 | |
| GX-1343 | |
| GX-1344 | |
| GX-1345 | |
| GX-1346 | |
| GX-1347 | |
| GX-1348 | |
| GX-1349 | |
| GX-1350 | |
| GX-1351 | |
| GX-1352 | |
| GX-1353 | |
| GX-1354 | |
| GX-1355 | |
| GX-1356 | |
| GX-1357 | |
| GX-1358 | |
| GX-1359 | |
| GX-1360 | |
| GX-1361 | |
| GX-1362 | |
| GX-1363 | |

Business Records

| | |
|---|---|
| GX-1364 | |
| GX-1365 | |
| GX-1366 | |
| GX-1367 | |
| GX-1368 | |
| GX-1369 | |
| GX-1370 | |
| GX-1371 | |
| GX-1372 | |
| GX-1373 | |
| GX-1374 | |
| GX-1375 | |
| GX-1376 | |
| GX-1377 | |
| GX-1378 | |
| GX-1379 | |
| GX-1380 | |
| GX-1381 | |
| GX-1382 | |
| GX-1383 | |
| GX-1384 | |
| GX-1385 | |
| GX-1386 | |
| GX-1387 | |
| GX-1388 | |
| GX-1389 | |
| GX-1390 | |
| GX-14 | |
| GX-1401 | |
| GX-1402 | |
| GX-15 | |
| GX-16 | |
| GX-1603 | |
| GX-1604 | |
| GX-1605 | |
| GX-1607 | |
| GX-1607 | |
| GX-1607-A | |
| GX-1607-B | |
| GX-1607-C | |
| GX-1607-D | |
| GX-1607-E | |
| GX-1608-A | |
| GX-1608-B | |
| GX-1608-C | |

Business Records

| | |
|---|---|
| GX-1608-D | |
| GX-1608-E | |
| GX-1608-F | |
| GX-1608-G | |
| GX-1609 | |
| GX-1610 | |
| GX-17 | |
| GX-18 | |
| GX-1824 | |
| GX-1825 | |
| GX-1826 | |
| GX-1827 | |
| GX-1828 | |
| GX-1829 | |
| GX-1830 | |
| GX-1831 | |
| GX-1833 | |
| GX-1834 | |
| GX-1835 | |
| GX-1836 | |
| GX-1837 | |
| GX-1838 | |
| GX-1839 | |
| GX-1840 | |
| GX-19 | |
| GX-2 | |
| GX-20 | |
| GX-201 | |
| GX-202 | |
| GX-2024 | |
| GX-2024-A | |
| GX-203 | |
| GX-204 | |
| GX-2040 | |
| GX-2040-A | |
| GX-2042 | |
| GX-2042-A | |
| GX-2042-B | |
| GX-205 | |
| GX-2059 | |
| GX-2059-A | |
| GX-206 | |
| GX-2060 | |
| GX-2060-A | |
| GX-2068 | |

Business Records

| | |
|---|---|
| GX-2068-A | |
| GX-2068-B | |
| GX-2068-C | |
| GX-2068-D | |
| GX-2069 | |
| GX-2069-A | |
| GX-207 | |
| GX-2070 | |
| GX-2070-A | |
| GX-2071 | |
| GX-2071-A | |
| GX-2073 | |
| GX-2073-A | |
| GX-2078 | |
| GX-2078-A | |
| GX-2078-B | |
| GX-208 | |
| GX-209 | |
| GX-2096 | |
| GX-2097 | |
| GX-21 | |
| GX-210 | |
| GX-211 | |
| GX-212 | |
| GX-2125 | |
| GX-2126 | |
| GX-2127 | |
| GX-2128 | |
| GX-2129 | |
| GX-213 | |
| GX-2130 | |
| GX-2131 | |
| GX-2132 | |
| GX-2133 | |
| GX-2134 | |
| GX-2135 | |
| GX-2136 | |
| GX-2137 | |
| GX-2138 | |
| GX-2139 | |
| GX-214 | |
| GX-215 | |
| GX-215-A | |
| GX-216 | |
| GX-2160 | |

Business Records

| | |
|---|---|
| GX-2161 | |
| GX-2169 | |
| GX-217 | |
| GX-2170 | |
| GX-2171 | |
| GX-2172 | |
| GX-2173 | |
| GX-2174 | |
| GX-2175 | |
| GX-218 | |
| GX-219 | |
| GX-2197 | |
| GX-2198 | |
| GX-22 | |
| GX-220 | |
| GX-221 | |
| GX-2211 | |
| GX-2212 | |
| GX-2213 | |
| GX-2214 | |
| GX-2215 | |
| GX-2216 | |
| GX-2217 | |
| GX-2218 | |
| GX-2219 | |
| GX-222 | |
| GX-2220 | |
| GX-2221 | |
| GX-2222 | |
| GX-2223 | |
| GX-2224 | |
| GX-2225 | |
| GX-2226 | |
| GX-2227 | |
| GX-2228 | |
| GX-2229 | |
| GX-223 | |
| GX-2230 | |
| GX-2231 | |
| GX-2232 | |
| GX-2233 | |
| GX-2234 | |
| GX-2235 | |
| GX-224 | |
| GX-2248 | |

Business Records

| | |
|---|---|
| GX-2249 | |
| GX-225 | |
| GX-2250 | |
| GX-2251 | |
| GX-2252 | |
| GX-2253 | |
| GX-2254 | |
| GX-2255 | |
| GX-2257 | |
| GX-2258 | |
| GX-226 | |
| GX-2264 | |
| GX-2265 | |
| GX-2266 | |
| GX-2267 | |
| GX-2268 | |
| GX-2269 | |
| GX-227 | |
| GX-2270 | |
| GX-2271 | |
| GX-2272 | |
| GX-2273 | |
| GX-2274 | |
| GX-2275 | |
| GX-2276 | |
| GX-2277 | |
| GX-2278 | |
| GX-2279 | |
| GX-228 | |
| GX-2280 | |
| GX-2281 | |
| GX-2282 | |
| GX-2283 | |
| GX-2284 | |
| GX-2285 | |
| GX-2286 | |
| GX-2287 | |
| GX-2288 | |
| GX-229 | |
| GX-2291 | |
| GX-2291-A | |
| GX-2296 | |
| GX-2296-A | |
| GX-2296-B | |
| GX-2296-C | |

Business Records

| | |
|---|---|
| GX-2296-D | |
| GX-2296-E | |
| GX-23 | |
| GX-230 | |
| GX-2300 | |
| GX-2300-A | |
| GX-2301 | |
| GX-2302 | |
| GX-2303 | |
| GX-2304 | |
| GX-2305 | |
| GX-2307 | |
| GX-2307-A | |
| GX-2307-B | |
| GX-2308 | |
| GX-2309 | |
| GX-2309-A | |
| GX-2309-B | |
| GX-2309-C | |
| GX-2309-D | |
| GX-2309-E | |
| GX-2309-F | |
| GX-231 | |
| GX-2312 | |
| GX-2312-A | |
| GX-2312-B | |
| GX-2312-C | |
| GX-2312-D | |
| GX-2312-E | |
| GX-2312-F | |
| GX-2312-G | |
| GX-2312-H | |
| GX-2318 | |
| GX-2318-A | |
| GX-2318-B | |
| GX-2318-C | |
| GX-2318-D | |
| GX-2318-E | |
| GX-2318-F | |
| GX-2318-G | |
| GX-2318-H | |
| GX-2318-I | |
| GX-2318-J | |
| GX-2318-K | |
| GX-2318-L | |

Business Records

| | |
|---|---|
| GX-2318-M | |
| GX-2318-N | |
| GX-2318-O | |
| GX-2318-P | |
| GX-2318-Q | |
| GX-2318-R | |
| GX-2318-S | |
| GX-2318-T | |
| GX-2318-U | |
| GX-2318-V | |
| GX-232 | |
| GX-2320 | |
| GX-2320-A | |
| GX-2320-B | |
| GX-2328 | |
| GX-2328-A | |
| GX-2328-B | |
| GX-233 | |
| GX-2332 | |
| GX-2332-A | |
| GX-2332-B | |
| GX-2332-C | |
| GX-2332-D | |
| GX-2332-E | |
| GX-2332-F | |
| GX-2333 | |
| GX-2336 | |
| GX-234 | |
| GX-2345 | |
| GX-2345-A | |
| GX-2345-B | |
| GX-2345-c | |
| GX-235 | |
| GX-236 | |
| GX-237 | |
| GX-2378 | |
| GX-2378-A | |
| GX-238 | |
| GX-239 | |
| GX-24 | |
| GX-240 | |
| GX-2404 | |
| GX-2404-A | |
| GX-2404-B | |
| GX-2404-C | |

Business Records

| | |
|---|---|
| GX-2404-D | |
| GX-241 | |
| GX-242 | |
| GX-2420 | |
| GX-2420-A | |
| GX-2420-B | |
| GX-2420-C | |
| GX-2421 | |
| GX-2421-A | |
| GX-2425 | |
| GX-2426 | |
| GX-2426-A | |
| GX-2426-B | |
| GX-2426-C | |
| GX-2426-D | |
| GX-2426-E | |
| GX-2426-F | |
| GX-2426-G | |
| GX-243 | |
| GX-2433 | |
| GX-2433-A | |
| GX-244 | |
| GX-2449 | |
| GX-2449-A | |
| GX-245 | |
| GX-2450 | |
| GX-2450-A | |
| GX-2455 | |
| GX-2455-A | |
| GX-246 | |
| GX-2460 | |
| GX-2460-A | |
| GX-2460-B | |
| GX-2468 | |
| GX-2468-A | |
| GX-247 | |
| GX-2470 | |
| GX-2470-A | |
| GX-2470-B | |
| GX-2477 | |
| GX-2478 | |
| GX-2479 | |
| GX-248 | |
| GX-2480 | |
| GX-2481 | |

Business Records

| | |
|---|---|
| GX-2482 | |
| GX-2483 | |
| GX-2484 | |
| GX-2485 | |
| GX-2486 | |
| GX-2489 | |
| GX-249 | |
| GX-2490 | |
| GX-2492 | |
| GX-2498 | |
| GX-25 | |
| GX-250 | |
| GX-2502 | |
| GX-2505 | |
| GX-2507 | |
| GX-2508 | |
| GX-251 | |
| GX-2510 | |
| GX-2590 | |
| GX-26 | |
| GX-2600 | |
| GX-2600-A | |
| GX-2600-B | |
| GX-2600-C | |
| GX-2600-D | |
| GX-2600-E | |
| GX-2600-F | |
| GX-2600-G | |
| GX-2600-H | |
| GX-2600-I | |
| GX-2600-J | |
| GX-2600-K | |
| GX-2600-L | |
| GX-2600-M | |
| GX-2600-N | |
| GX-2600-O | |
| GX-2600-P | |
| GX-2601 | |
| GX-2601-A | |
| GX-2618 | |
| GX-2619 | |
| GX-2620 | |
| GX-2621 | |
| GX-2622 | |
| GX-2623 | |

Business Records

| | |
|---|---|
| GX-2624 | |
| GX-2625 | |
| GX-27 | |
| GX-2729 | |
| GX-2729-A | |
| GX-2729-B | |
| GX-2729-C | GX-2729-B |
| GX-2729-D | GX-2728-B |
| GX-2729-E | GX-2728-C |
| GX-2729-F | GX-2728-D |
| GX-2729-G | GX-2728-E |
| GX-2729-H | GX-2730-A |
| GX-2729-I | GX-2730-B |
| GX-2729-J | GX-2730-C |
| GX-2729-K | GX-2730-D |
| GX-2729-L | GX-2730-E |
| GX-2729-M | GX-2331-C |
| GX-2729-N | GX-2331-D |
| GX-2729-O | GX-2403-B |
| GX-2730 | |
| GX-2732 | |
| GX-2732-A | |
| GX-2732-B | |
| GX-2734 | |
| GX-2735 | |
| GX-2783 | |
| GX-2783-A | |
| GX-2783-B | |
| GX-28 | |
| GX-2802 | |
| GX-2802-A | |
| GX-2823 | |
| GX-2825 | |
| GX-2826 | |
| GX-2827 | |
| GX-2840 | |
| GX-2841 | |
| GX-2841-A | |
| GX-2848 | |
| GX-2849 | |
| GX-2865 | |
| GX-2865-A | |
| GX-2894 | |
| GX-2895 | |
| GX-2896 | |

Business Records

| | |
|---|---|
| GX-2897 | |
| GX-2898 | |
| GX-2899 | |
| GX-29 | |
| GX-2902 | |
| GX-2902-A | |
| GX-2902-B | |
| GX-2902-C | |
| GX-2902-D | |
| GX-2902-E | |
| GX-2902-F | |
| GX-2902-G | |
| GX-2902-H | |
| GX-2904 | |
| GX-2904-A | |
| GX-2905 | |
| GX-2906 | |
| GX-2907 | |
| GX-2908 | |
| GX-2909 | |
| GX-2917 | |
| GX-2918 | |
| GX-2927 | |
| GX-2928 | |
| GX-2929 | |
| GX-2936 | |
| GX-2937 | |
| GX-2938 | |
| GX-2942 | |
| GX-2953-A | |
| GX-2953-B | |
| GX-2953-C | |
| GX-2954-A | |
| GX-2954-B | |
| GX-2954-C | |
| GX-2964 | |
| GX-2965-A | |
| GX-2965-B | |
| GX-2966 | |
| GX-2967 | |
| GX-2968 | |
| GX-2970 | |
| GX-2970-A | |
| GX-2970-B | |
| GX-2975 | |

Business Records

| | |
|---|---|
| GX-2976 | |
| GX-2978 | |
| GX-2978-A | |
| GX-2978-B | |
| GX-2983 | |
| GX-2984 | |
| GX-2985 | |
| GX-2985-A | |
| GX-2988 | |
| GX-2991 | |
| GX-2995 | |
| GX-2996 | |
| GX-2997 | |
| GX-2998 | |
| GX-2998-A | |
| GX-3 | |
| GX-30 | |
| GX-3003 | |
| GX-3003-A | |
| GX-3008 | |
| GX-3008-A | |
| GX-3008-B | |
| GX-3009 | |
| GX-3009-A | |
| GX-301 | |
| GX-3013 | |
| GX-3013-A | |
| GX-3013-B | |
| GX-3013-C | |
| GX-3013-D | |
| GX-3013-E | |
| GX-3013-F | |
| GX-3013-G | |
| GX-3013-H | |
| GX-3016 | |
| GX-3016-A | |
| GX-3016-B | |
| GX-3016-C | |
| GX-3016-D | |
| GX-3016-E | |
| GX-302 | |
| GX-303 | |
| GX-304 | |
| GX-305 | |
| GX-3050 | |

Business Records

| | |
|---|---|
| GX-3050-A | |
| GX-3050-B | |
| GX-3050-C | |
| GX-3050-D | |
| GX-3054 | |
| GX-306 | |
| GX-3068 | |
| GX-3068-A | |
| GX-3068-B | |
| GX-3068-C | |
| GX-3068-D | |
| GX-3068-E | |
| GX-307 | |
| GX-3073 | |
| GX-3073-A | |
| GX-308 | |
| GX-309 | |
| GX-31 | |
| GX-310 | |
| GX-3102 | |
| GX-311 | |
| GX-312 | |
| GX-313 | |
| GX-32 | |
| GX-33 | |
| GX-34 | |
| GX-35 | |
| GX-36 | |
| GX-37 | |
| GX-38 | |
| GX-39 | |
| GX-4 | |
| GX-40 | |
| GX-401 | portions only |
| GX-41 | |
| GX-42 | |
| GX-43 | |
| GX-44 | |
| GX-45 | |
| GX-46 | |
| GX-47 | |
| GX-48 | |
| GX-49 | |
| GX-5 | |
| GX-50 | |

Business Records

| | |
|---|---|
| GX-5009 | |
| GX-5010 | |
| GX-5011 | |
| GX-5012 | |
| GX-5017 | |
| GX-5018 | |
| GX-5019 | |
| GX-5020 | |
| GX-5021 | |
| GX-5022 | |
| GX-5023 | |
| GX-5024 | |
| GX-5025 | |
| GX-5026 | |
| GX-5027 | |
| GX-5035 | |
| GX-5036 | |
| GX-5037 | |
| GX-5039 | |
| GX-5040 | |
| GX-5041 | |
| GX-5052 | |
| GX-5054 | |
| GX-5054-A | |
| GX-5057 | |
| GX-5059 | |
| GX-5059-A | |
| GX-5061 | |
| GX-5061-A | |
| GX-5064 | |
| GX-5064-A | |
| GX-5064-B | |
| GX-5066 | |
| GX-5066-A | |
| GX-5069 | |
| GX-5069-A | |
| GX-5069-B | |
| GX-5069-C | |
| GX-5069-D | |
| GX-5069-E | |
| GX-5069-F | |
| GX-5069-G | |
| GX-5069-H | |
| GX-5069-I | |
| GX-5070 | |

Business Records

| | |
|---|---|
| GX-5070-A | |
| GX-5070-B | |
| GX-5085 | |
| GX-5085-A | |
| GX-5085-B | |
| GX-5085-C | |
| GX-5085-D | |
| GX-5085-E | |
| GX-5085-F | |
| GX-5086 | |
| GX-5086-A | |
| GX-5086-B | |
| GX-5086-C | |
| GX-5086-D | |
| GX-5086-E | |
| GX-51 | |
| GX-510 | |
| GX-5102 | |
| GX-5102-A | |
| GX-5102-B | |
| GX-5105 | |
| GX-5105-A | |
| GX-5105-B | |
| GX-510-A | |
| GX-511 | |
| GX-5114 | |
| GX-5114-A | |
| GX-5115 | |
| GX-5115-A | |
| GX-5115-B | |
| GX-5115-C | |
| GX-5115-D | |
| GX-5116 | |
| GX-5116-A | |
| GX-5116-B | |
| GX-5117 | |
| GX-5118 | |
| GX-511-A | |
| GX-512 | |
| GX-5120 | |
| GX-5120-A | |
| GX-5120-B | |
| GX-5120-C | |
| GX-5120-D | |
| GX-5120-E | |

Business Records

| | |
|---|---|
| GX-5120-F | |
| GX-5120-G | |
| GX-5120-H | |
| GX-5120-I | |
| GX-5120-J | |
| GX-5120-K | |
| GX-5120-L | |
| GX-5120-M | |
| GX-5120-N | |
| GX-5120-O | |
| GX-5120-P | |
| GX-5120-Q | |
| GX-5120-R | |
| GX-512-A | |
| GX-5130 | |
| GX-5131 | |
| GX-5132 | |
| GX-5133 | |
| GX-5135 | |
| GX-5137 | |
| GX-514 | |
| GX-5145 | |
| GX-5146 | |
| GX-5147 | |
| GX-5148 | |
| GX-5149 | |
| GX-515 | |
| GX-5150 | |
| GX-5151 | |
| GX-516 | |
| GX-517 | |
| GX-5174 | |
| GX-5175 | |
| GX-5175 | |
| GX-5176 | |
| GX-5177 | |
| GX-5178 | |
| GX-5179 | |
| GX-517-A | |
| GX-518 | |
| GX-5181 | |
| GX-5182-A | |
| GX-5182-B | |
| GX-5182-C | |
| GX-5182-D | |

Business Records

| | |
|---|---|
| GX-5182-E | |
| GX-5183 | |
| GX-5183-A | |
| GX-5183-B | |
| GX-5183-C | |
| GX-5183-D | |
| GX-5183-E | |
| GX-5183-F | |
| GX-5184 | |
| GX-5185 | |
| GX-5185-A | |
| GX-519 | |
| GX-5193 | |
| GX-5193-A | |
| GX-5193-B | |
| GX-52 | |
| GX-520 | |
| GX-523 | |
| GX-53 | |
| GX-54 | |
| GX-55 | |
| GX-56 | |
| GX-57 | |
| GX-58 | |
| GX-59 | |
| GX-6 | |
| GX-60 | |
| GX-6001 | |
| GX-6002 | |
| GX-6003 | |
| GX-6004 | |
| GX-6005 | |
| GX-6006 | |
| GX-6007 | |
| GX-6008 | |
| GX-6009 | |
| GX-601 | |
| GX-6010 | |
| GX-6011 | |
| GX-6012 | |
| GX-6013 | |
| GX-6014 | |
| GX-6015 | |
| GX-6016 | |
| GX-6017 | |

Business Records

| | |
|---|---|
| GX-6018 | |
| GX-6019 | |
| GX-6020 | |
| GX-6021 | |
| GX-6022 | |
| GX-6023 | |
| GX-6024 | |
| GX-6025 | |
| GX-6026 | |
| GX-6027 | |
| GX-6028 | |
| GX-6029 | |
| GX-6030 | |
| GX-6031 | |
| GX-6031-A | |
| GX-6031-B | |
| GX-6031-C | |
| GX-6031-D | |
| GX-6031-E | |
| GX-6036 | |
| GX-6036-A | |
| GX-6036-B | |
| GX-6036-C | |
| GX-6036-D | |
| GX-6037 | |
| GX-6037-A | |
| GX-6037-B | |
| GX-6037-C | |
| GX-6037-D | |
| GX-6037-E | |
| GX-6037-F | |
| GX-6037-G | |
| GX-6037-H | |
| GX-6037-I | |
| GX-6037-J | |
| GX-6038-B | GX-6035-O |
| GX-6038-C | GX-6038 |
| GX-6038-D | |
| GX-6038-E | |
| GX-6038-F | |
| GX-6038-G | |
| GX-6039 | |
| GX-6039-A | |
| GX-6040 | |
| GX-6040-A | |

Business Records

| | |
|---|---|
| GX-6041 | |
| GX-6042 | |
| GX-6043 | |
| GX-6044 | |
| GX-6045 | |
| GX-6046 | |
| GX-6047 | |
| GX-6048 | |
| GX-6049 | |
| GX-6050 | |
| GX-6051 | |
| GX-6052 | |
| GX-6053 | |
| GX-6054 | |
| GX-6055 | |
| GX-6056 | |
| GX-6057 | GX-6037-J |
| GX-6058 | GX-6037-J |
| GX-6059 | GX-6107 |
| GX-606 | |
| GX-6060 | |
| GX-6061 | |
| GX-6062 | GX-6108 |
| GX-6063 | GX-6109 |
| GX-6064 | GX-6110 |
| GX-6065-1 | GX-6086 |
| GX-6065-2 | |
| GX-6069 | |
| GX-606-A | |
| GX-606-B | |
| GX-606-C | |
| GX-606-D | |
| GX-6070 | |
| GX-6071 | |
| GX-6072 | |
| GX-6073 | |
| GX-6074 | |
| GX-6075 | |
| GX-6076 | |
| GX-6077 | |
| GX-6078 | |
| GX-6079 | |
| GX-6080 | |
| GX-6081 | |
| GX-6082 | |

Business Records

| | |
|---|---|
| GX-6083 | |
| GX-6084 | |
| GX-6085 | |
| GX-6086 | |
| GX-6086-1 | |
| GX-6086-2 | |
| GX-6087 | |
| GX-6088 | |
| GX-6089 | |
| GX-6090 | |
| GX-6091 | |
| GX-6092 | |
| GX-6093 | |
| GX-6094 | |
| GX-6095 | |
| GX-6096 | |
| GX-6097 | |
| GX-6098 | |
| GX-6099 | |
| GX-61 | |
| GX-6100 | |
| GX-6101 | |
| GX-6102 | |
| GX-6103 | |
| GX-6104 | |
| GX-6105 | |
| GX-6106 | |
| GX-6111 | |
| GX-6112 | |
| GX-6113 | |
| GX-6114 | |
| GX-6115 | |
| GX-6116 | |
| GX-6117-D | |
| GX-6117-E | |
| GX-6117-F | |
| GX-6117-G | |
| GX-6120 | |
| GX-6120-A | |
| GX-6120-B | |
| GX-6120-C | GX-6116-C |
| GX-6120-D | GX-6116-D |
| GX-6120-E | GX-6116-E |
| GX-6120-F | |
| GX-6120-G | |

Business Records

| | |
|---|---|
| GX-6120-H | |
| GX-6120-I | |
| GX-6120-J | |
| GX-6120-K | |
| GX-6120-L | |
| GX-6128 | |
| GX-6128-A | |
| GX-6130 | |
| GX-6130-A | |
| GX-6130-B | |
| GX-6130-C | |
| GX-6130-D | |
| GX-6130-E | |
| GX-6130-F | |
| GX-6130-G | |
| GX-6130-H | |
| GX-6130-I | |
| GX-6130-J | |
| GX-6130-K | |
| GX-6130-L | |
| GX-6130-M | |
| GX-6130-N | |
| GX-6130-O | |
| GX-6130-P | |
| GX-6130-Q | |
| GX-6130-R | |
| GX-6130-S | |
| GX-6132 | |
| GX-6133 | |
| GX-6134 | |
| GX-6135 | |
| GX-6136 | |
| GX-6137 | |
| GX-6138 | |
| GX-6139 | |
| GX-6140 | |
| GX-6141 | |
| GX-6142 | |
| GX-6143 | |
| GX-6144 | |
| GX-6145 | |
| GX-6146 | |
| GX-6147 | |
| GX-6148 | |
| GX-6149 | |

Business Records

| | |
|---|---|
| GX-6150 | |
| GX-6151 | |
| GX-6152 | |
| GX-6153 | GX-6116-F |
| GX-6154 | GX-6116-G |
| GX-6155 | GX-6116-H |
| GX-62 | |
| GX-63 | |
| GX-64 | |
| GX-65 | |
| GX-652 | |
| GX-653 | |
| GX-654 | |
| GX-655 | |
| GX-656 | |
| GX-657 | |
| GX-658 | |
| GX-659 | |
| GX-66 | |
| GX-660 | |
| GX-661 | |
| GX-662 | |
| GX-663 | |
| GX-664 | |
| GX-665 | |
| GX-666 | |
| GX-67 | |
| GX-670 | |
| GX-671 | |
| GX-671-A | |
| GX-671-B | |
| GX-68 | |
| GX-69 | |
| GX-7 | |
| GX-70 | |
| GX-701 | |
| GX-702 | |
| GX-703 | |
| GX-704 | |
| GX-705 | |
| GX-706 | |
| GX-707 | |
| GX-707-A | |
| GX-708 | |
| GX-708-A | |

Business Records

| | |
|---|---|
| GX-709 | |
| GX-71 | |
| GX-710 | |
| GX-711 | |
| GX-712 | |
| GX-713 | |
| GX-72 | |
| GX-73 | |
| GX-74 | |
| GX-75 | |
| GX-76 | |
| GX-77 | |
| GX-78 | |
| GX-79 | |
| GX-8 | |
| GX-80 | |
| GX-81 | |
| GX-82 | |
| GX-83 | |
| GX-84 | |
| GX-85 | |
| GX-86 | |
| GX-87 | |
| GX-88 | |
| GX-89 | |
| GX-9 | |
| GX-90 | |
| GX-901 | |
| GX-902 | |
| GX-902A | |
| GX-903 | |
| GX-903-A | |
| GX-903-B | |
| GX-903-C | |
| GX-903-D | |
| GX-904 | |
| GX-905 | |
| GX-906 | |
| GX-906-A | |
| GX-907 | |
| GX-907-A | |
| GX-908 | |
| GX-908-A | |
| GX-909 | |
| GX-91 | |

Business Records

| | |
|---|---|
| GX-92 | |
| GX-93 | |
| GX-94 | |
| GX-95 | |
| GX-951 | |
| GX-958 | |
| GX-958-A | |
| GX-96 | |
| GX-97 | |
| GX-98 | |
| GX-99 | |