

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEB/HDM                         *271 Cadman Plaza East*
F. #2016R00695                  *Brooklyn, New York 11201*

October 17, 2019

**By Email**

Michael Schachter, Esq.
Randall W. Jackson, Esq.
Casey Donnelly, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

       Re:    United States v. Jean Boustani <u>et al.</u>
               <u>Criminal Docket No. 18-681 (WFK)</u>

Dear Counsel:

       Enclosed please find the government's production of supplemental 18 U.S.C. § 3500 material ("supplemental 3500 material"), and a list of the supplemental 3500 material, which was released from our filter team today. The supplemental 3500 material was sent by email. The government reserves the right to amend, supplement or alter the enclosed list, and to withdraw or supplement material produced pursuant to 18 U.S.C. § 3500 prior to trial.

               Very truly yours,

               RICHARD P. DONOGHUE
               United States Attorney
               Eastern District of New York

       By:          /s/
               Mark E. Bini
               Hiral D. Mehta
               Assistant U.S. Attorneys
               (718) 254-8761/6418