UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,                :
                                         :       **DECISION & ORDER**
                     v.                  :       18-CR-681-1
                                         :
JEAN BOUSTANI,                           :
                                         :
                     Defendant.          :
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On November 12, 2019, Jean Boustani ("Defendant") filed a letter requesting the Court to permit Defendant to introduce into evidence scale models of certain navel vessels and commercial fishing vessels. ECF No. 350.

The Court hereby DENIES Defendant's motion.

**SO ORDERED.**

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2019
      Brooklyn, New York