UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:　　**DECISION & ORDER**
　　　　　　　v.　　　　　　　　　　　　　　　　　:　　18-CR-681-1
　　　　　　　　　　　　　　　　　　　　　　　　　:
JEAN BOUSTANI,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　　　　:
-------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On November 13, 2019, the Government filed a letter seeking to withdraw Government's exhibits 601, 901, 951, 1108, 1111, 1112, 1120, 1123, 1134, and 1136. ECF No. 351.

The Court hereby GRANTS the Government's request. The aforementioned exhibits are withdrawn.

　　　　　　　　　　　　　　　　　　　　　　　　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　s/WFK
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM F. KUNTZ, II
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated: November 13, 2019
　　　　　Brooklyn, New York