UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          v.

JEAN BOUSTANI,

                 Defendant.

-----------------------------------------------------------------X

**COURT EXHIBIT IIA**
**VERDICT REACHED**
18-CR-681-1 (WFK)

JUDGE KUNTZ: WE THE JURY HAVE REACHED A UNANIMOUS VERDICT. THE FOREPERSON OF THE JURY HAS SIGNED THAT VERDICT SHEET AND WILL BRING THAT VERDICT SHEET WITH HIM OR HER INTO THE COURTROOM, MARKED AS COURT EXHIBIT IIIA, TO BE ANNOUNCED IN COURT WHEN WE ARE BROUGHT BACK TO COURT BY THE COURT SECURITY OFFICER.

**THE FOREPERSON MUST SIGN AND DATE THIS FORM.**

JURY FOREPERSON: _David Howard_ [signature]

DATE: _12-2-19_